IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:     Alliant Manufacturing, Llc     §     Case Number:    14-21229-ERW-11
                                                                                   §
             Debtor(s)                                  §     Chapter:        11

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT BMW Financial Services NA, LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), Ascension Capital Group hereby requests that:

(i)     all notices given or required to be given in the case; and
(ii)     all pleadings and correspondence served or required to be served in this case,

regarding BMW Financial Services NA, LLC should be directed to Ascension Capital Group at the following mailing address effective immediately:

    Attn: BMW Financial Services NA, LLC Department
    Ascension Capital Group
    Account: XXXXX6141
    P.O. Box 201347
    Arlington, TX 76006

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                                        Respectfully submitted,

                                        /s/ Marian Garza
                                        Marian Garza
                                        Bankruptcy Servicer for BMW Financial Services NA, LLC
                                        Ascension Capital Group
                                        P.O. Box 201347
                                        Arlington, TX 76006
                                        (817) 277-2011, Fax (817) 461-8070
                                        ecfnotices@ascensioncapitalgroup.com
                                        File # 976850