**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/12)     Case Number **14–21229**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 6/5/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Alliant Manufacturing, LLC
aka Alliant Formulations, LLC
5202 W. 70th Place
Chicago, IL 60638

| | |
|---|---|
| Case Number: 14–21229<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>80–0925778 |
| Attorney for Debtor (name and address):<br>Scott R Clar<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603<br>Telephone number: 312 641–6777 | |

## Meeting of Creditors:
Date: **July 10, 2014**          Time: **01:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 802, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines to File a Proof of Claim:
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 9/8/14

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: June 12, 2014 |

**EXPLANATIONS** B9F (Official Form 9F)(12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-21229-ERW
Alliant Manufacturing, LLC                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ckeith              Page 1 of 3            Date Rcvd: Jun 12, 2014
                              Form ID: b9f              Total Noticed: 157

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2014.
```
db         +Alliant Manufacturing, LLC,    5202 W. 70th Place,    Chicago, IL 60638-6320
aty        +Brian P Welch,    Crane, Heyman, Simon, Welch & Clar,    135 S. LaSalle St., Suite 3705,
             Chicago, IL 60603-4101
22021410    1st AYD Corporation,    PO Box 5298,    Elgin, IL 60121-5298
22021411   +A&H Manufacturing Inc.,    200 W. Laura Dr.,    Addison, IL 60101-5014
22021412   +A&M Trucking,    8713 Trent Court,    Tinley Park, IL 60487-2293
22021413   +A.I.M. Distribution Inc.,    510 18th Ave.,    Rockford, IL 61104-5131
22021416   +AIM Transportation LLC,    12759 South Homan Street,    Blue Island, IL 60406-1898
22021427   +AQA International LLC,    501 Commerce Drive NE,    Columbia, SC 29223-4565
22021414   +Accord Carton,    6155 W. 115th Street,    Alsip, IL 60803-5153
22021415   +Acid Products Co., Inc.,    600 W. 41st Street,    Chicago, IL 60609-2680
22021417   +Air Care Heating and Cooling,    104 Park Lawn Court,    Bolingbrook, IL 60440-2404
22021418    Airgas North Central,    PO Box 802588,    Chicago, IL 60680-2588
22021419   +All American Sign Co. Inc.,    5501 W. 109th Street,    Oak Lawn, IL 60453-2479
22021420   +Allied Packaging,    133 N. 25th Ave.,    Melrose Park, IL 60160-3061
22021421   +Alpha Omega Concepts Inc.,    4106 Liberty Boulevard,    Westmont, IL 60559-1320
22021422   +Alternative Staffing Inc.,    5620 W. Cermak Rd.,    Cicero, IL 60804-2219
22021423   +Amber Solvent Recycling LLC,    1776 W. Armitage Court,    Addison, IL 60101-4207
22021425   +Ameriflex Packaging Inc.,    5854 Haverford Way,    Hoffman Estates, IL 60192-4117
22021426   +Amsterdam Printing & Litho,    PO Box 580,    Amsterdam, NY 12010-0580
22021428   +Arcadia Press Incorporated,    10915 Franklin Ave., Suite L,    Franklin Park, IL 60131-1431
22021429   +Archer Electrical Supply,    5964 S. Archer Avenue,    Chicago, IL 60638-2817
22021431   +Avlon Industries,    1999 N. 15th Ave.,    Melrose Park, IL 60160-1402
22021432   +BAK Electric Company,    7951 S. Oketo Ave.,    Bridgeview, IL 60455-1533
22021437   +BFS Metals,    4343 S. Oakley Ave.,    Chicago, IL 60609-3018
22042094   +BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
22021433   +Batavia Container Inc.,    Paramount Parkway,    PO Box 550,    Batavia, IL 60510-0550
22021434   +Bell Flavors & Fragrances,    9104 Paysphere Circle,    Chicago, IL 60674-0091
22021435   +Belle Aire Fragrances,    1600 Baskin Road,    Mundelein, IL 60060-4602
22021436   +Bellmark Incorporated,    600 Heritage Road,    De Pere, WI 54115-2444
22021438    Blue Cross Blue Shield of Illinois,    Health Care Service Corp.,    25550 Network Place,
             Chicago, IL 60673-1255
22021449    CMS Medicare Insurance,    Medicare Premium Collections,    PO Box 790355,
             Saint Louis, MO 63179-0355
22021440   +Chemia,    11558 Rock Island Court,    Maryland Heights, MO 63043-3522
22021441   +Chemicolloid Laboratories,    PO Box 251,    New Hyde Park, NY 11040-0251
22021442   +Chemquest International,    200 Laura Dr.,    Addison, IL 60101-5014
22021443    Chemsearch,    23261 Network Place,    Chicago, IL 60673-1232
22021444   +Chicago Lift Truck,    322 North Leavitt,    Chicago, IL 60612-1616
22021445    Chicago Office Tech Group,    PO Box 5940,    Lockbox #20-COE001,    Carol Stream, IL 60197-5940
22021446   +Chicago Suburban Express,    PO Box 388568,    Chicago, IL 60638-8568
22021447    Christ Medical Center,    PO Box 70508,    Chicago, IL 60673-0508
22021448    Cintas Corporation,    PO Box 631025,    Cincinnati, OH 45263-1025
22021450   +Columbus Foods,    4990 Paysphere Circle,    Chicago, IL 60674-0049
22021451   +Combined Sales,    4419 S. Tripp Ave.,    Chicago, IL 60632-4388
22021452   +Comcast Phone LLC,    16333 COllections Center Drive,    Chicago, IL 60693-0163
22021453    Conway Freight,    PO Box 5160,    Portland, OR 97208-5160
22021455   +Cut-Weld Supply Incorporated,    7323 W. 90th Street,    Bridgeview, IL 60455-2188
22021456   +D&G Pallets Service Inc.,    4445 W. 5th Avenue,    Chicago, IL 60624-3404
22021457   +Deco Labels and Tags Ltd.,    500 Thorndale Ave., Suite H,    Wood Dale, IL 60191-1267
22021458    Diagraph, an ITW Company,    75 Remittance Dr., #1234,    Chicago, IL 60675-1234
22021459    Eagle Environmental Company,    3653 Woodhead Dr.,    Northbrook, IL 60062-1816
22021460    Effective Security Solutions,    PO Box 668,    Bloomingdale, IL 60108-0668
22021461   #+Elias Fragrances Incorporated,    999 E. 46th Street,    Brooklyn, NY 11203-6595
22021462    Emco Chemical,    97743 Eagle Way,    Chicago, IL 60678-1977
22021463   +Emerald Datacom Products,    PO Box 5534,    River Forest, IL 60305-5534
22021464    Estee Lauder Companies, Inc.,    PO Box 223523,    Pittsburgh, PA 15251-2523
22021471    FP Mailing Solutions,    PO Box 4510,    Carol Stream, IL 60197-4510
22021465    Firmenich,    PO Box 7247-8502,    Philadelphia, PA 19170-8502
22021466   +Fisher Scientific,    13551 Collections Center Dr.,    Chicago, IL 60693-0135
22021467   +Fitz Chem Corporation,    6340 Reliable Parkway,    Chicago, IL 60686-0063
22021468   +Flavor & Fragrance Specialties,    3 Industrial Ave.,    Mahwah, NJ 07430-3595
22021469   +Flavorchem,    1525 Brook Drive,    Downers Grove, IL 60515-1024
22021470   +Forge Alloy,    24403 Sinacola Court,    Farmington, MI 48335-1626
22021472   +G.L. Chemicals,    1315 Park Avenue,    River Forest, IL 60305-1020
22021477    GMZ Inc.,    4929 Solution Center,    Chicago, IL 60677-4009
22021473   +Generic Manuf. Corp.,    27455 Bostik Court,    Temecula, CA 92590-3698
22021474    Givaudan Fragrance Corporation,    Dept. 2549,    Carol Stream, IL 60132-2549
22021475   +Glenroy Inc.,    Bin #075,    Milwaukee, WI 53288-0001
22021476   +Global Seven,    PO Box 696,    198 Green Pond Road,    Rockaway, NJ 07866-1219
22021478   +Gulf-Great Lakes Packaging,    1040 Maryland Ave.,    Dolton, IL 60419-2226
22021482    HR Direct,    PO Box 451179,    Fort Lauderdale, FL 33345-1179
22021479    Hagemeyer No. America Inc.,    PO Box 40473,    Atlanta, GA 30384-4753
22021480   +Hi Tech Security Systems Inc.,    6201 North California, #222,    Chicago, IL 60659-2627
```

```
District/off: 0752-1          User: ckeith                 Page 2 of 3                  Date Rcvd: Jun 12, 2014
                              Form ID: b9f                 Total Noticed: 157


22021481     +Holland Applied Technologies,    7050 High Grove Blvd.,    Willowbrook, IL 60527-7595
22021483     +IESCO,    5235 W. 65th Street, Unit B,    Bedford Park, IL 60638-5700
22021485     +IMEC,    Bradley Univ - 428 Jobst Hall,    1501 W. Bradley Ave.,    Peoria, IL 61625-0001
22021486     +IMS Partners,    PO Box 92216,    Elk Grove Village, IL 60009-2216
22021490     +IP Consulting Services,    Syed Hussain,    837 Royal Glen Lane,    Carol Stream, IL 60188-2959
22021484     +Illinois Paper Company,    6 Territorial Court,    Bolingbrook, IL 60440-4662
22021487     +Industrial Service Products,    8448 W. 45th Street,    Lyons, IL 60534-1736
22021488     +Insperity Time and Attendance,    2990 Triverton Pike Drive,    Madison, WI 53711-5808
22021489     +Intarome Fragrance,    370 Chestnut Street,    Norwood, NJ 07648-2002
22021491     +J&A Freight Systmes, Inc.,    4704 S. Irving Park Rd., #8,    Chicago, IL 60641-2748
22021493     +K.C.I.,    Box 336,    La Porte, IN 46352-0336
22021494      Kaltron,    52114 Eagle Way,    Chicago, IL 60678-1521
22021495     +Khadija Traders Incorporated,    4106 Liberty Boulevard,    Westmont, IL 60559-1320
22021496     +Kuehn Leasing Inc.,    2901 Pennington Ct. NW,    Rochester, MN 55901-0231
22021497     +Labels Unlimited Company,    3400 W. 48th Place,    Chicago, IL 60632-3075
22021498     +Lechner & Sons,    420 Kingston Court,    Mount Prospect, IL 60056-6068
22021499     +Liquid Packaging Solutions Inc.,    BUilding R43,    3999 E. Hupp Road,    La Porte, IN 46350-7696
22021500     +M.B. Construction,    4834 W. Wrightwood,    Chicago, IL 60639-1731
22021512     +MPI Label Systems Illinois,    825 Central Ave.,    University Park, IL 60484-3196
22021513     +MTC, Incorporated,    660 N. Collins St., #1,    Joliet, IL 60432-1855
22021501     +Macke Water Systems,    PO Box 545,    Wheeling, IL 60090-0545
22021502     +Mallon Marketing Incorporated,    15113 Winesap Drive,    Gaithersburg, MD 20878-2337
22021503     +Markem-Imaje Corporation,    PO Box 3542,    Boston, MA 02241-3542
22021504     +McKernan Packaging,    PO Box 7281,    Reno, NV 89510-7281
22021505     +Menasha Packaging LLC,    14700 Collections Center Drive,    Chicago, IL 60693-0147
22021506     +Metroppolitan Water Reclamation,    District of Greater Chicago,    Lock Box #98429,
               Chicago, IL 60693-8429
22021507     +Midco Incorporated,    221 Shore Court,    Willowbrook, IL 60527-5868
22021508     +Midpoint Packaging,    2021 Midwest Road, #200,    Oak Brook, IL 60523-1370
22021509     +Midwest Filter Corporation,    PO Box 250,    Highwood, IL 60040-0250
22021510     +Modern Packaging Inc.,    505 Acorn Street,    Deer Park, NY 11729-3601
22021511      Motion Industries Incorporated,    PO Box 504606,    Saint Louis, MO 63150-4606
22021519     +NK Chemicals USA, Incorporated,    7105 Hamilton-Maxon Road, Suite B,
               West Chester, OH 45069-1405
22021521      NSF Intnl Strategic Reg. Inc.,    Department Lockbox 771380,    PO Box 77000,
               Detroit, MI 48277-1380
22021514      Natchem Incorporated,    35 Roy Blvd.,    Brantford, Ontario N3R 7K1
22021515      Natunola Health Incorporated,    661 St. Lawrence St.,    Winchester, Ontario K0C 2K0
22021516      Network Systems,    DBA Dien Incorporated,    3150 Pipestone,    Dallas, TX 75212
22021517     +Neves Global Resources LLC,    2145 Internationale Pkwy, #600,    Woodridge, IL 60517-4832
22021518     +Nexeo Solutions,    5200 Blazer Parkway,    Dublin, OH 43017-5309
22021520     +Nordson Corporation,    11475 Lakefield Dr.,    Duluth, GA 30097-1557
22021522      Occhealth & Immed Care MacNeal,    6645 Paysphere Circle,    Chicago, IL 60674-0066
22021523      Olcott Plastics,    PO Box 6042,    Saint Charles, IL 60174-6042
22021524     +Pacific Pectin Inc.,    PO Box 1933,    Oakhurst, CA 93644-1933
22021525     +Paket Corporation,    9165 S. Harbor Avenue,    Chicago, IL 60617-4436
22021526     +Pamco Label Co.,    PO Box 1000,    Department #5,    Memphis, TN 38148-0001
22021527     +Panner Sales Company,    9502 W. Gulfstream Road,    Frankfort, IL 60423-2520
22021528      Panther Expedited Services Inc.,    Attn: Revenue Accounting,    PO Box 10048,
               Fort Smith, AR 72917-0048
22021530      Pricetech Group,    PO Box 424,    Channahon, IL 60410-0424
22021531      Prinova Solutions LLC,    367890 Eagle Way,    Chicago, IL 60678-1367
22021532     +Prodo-Pak Corporation,    77 Commerce Street,    PO Box 363,    Garfield, NJ 07026-0363
22021533     +Quik Impressions,    1385 W. Jeffrey Drive,    Addison, IL 60101-4331
22021534      RITA Corporation,    8011 Solutions Center,    Chicago, IL 60677-8000
22021535     +RNA Corporation,    13750 S. Chatham Street,    Blue Island, IL 60406-3218
22021536     +RNS Bedford Park, LLC,    5202 W. 70th Place,    Chicago, IL 60638-6320
22021537      Roadrunner Transportation,    PO Box 809066,    Chicago, IL 60680-9066
22021538      Roadrunner Transportation Serv.,    Truckload Vidision,    PO Box 809267,    Chicago, IL 60680-9267
22021539     +Rush Cartage,    PO Box 854,    Franklin Park, IL 60131-0854
22021540     +Safety Consulting Engineers,    2131 Hammond Dr.,    Schaumburg, IL 60173-3811
22021541     +Seal-Jet Unlimited,    A Seals & Components Inc. Co.,    17955 Chappel Ave.,
               Lansing, IL 60438-4526
22021542      Sethness Products Company,    PO Box 92331,    Chicago, IL 60675-2331
22021554     +TS Staffing Services Inc.,    Wells Fargo Business Credit,    PO Box 911494,
               Denver, CO 80291-1494
22021544      Talha Kamal,    1105 Auburn Lane,    Addison, IL 60101
22021545     +The Cary Company,    1195 W. Fullerton,    Addison, IL 60101-4303
22021546      The Cornell Machine Company,    45 Brown Ave.,    Springfield, NJ 07081-2992
22021547     +The Gallery Collection,    Prudent Publishing,    PO Box 360,    Ridgefield Park, NJ 07660-0360
22021548      Thomas Interior Systems Inc.,    9206 Eagle Way,    Chicago, IL 60678-1092
22021549     +Tri State Scale Systems, Inc.,    191 Ontario Street,    Frankfort, IL 60423-1646
22021550     +Tri-K Industries,    2 Stewart Court,    PO Box 10,    Denville, NJ 07834-0010
22021551      Tricorbraun Inc.,    Lockbox ID 63869,    PO Box 638369,    Cincinnati, OH 45263-8369
22021552     +Tripack,    7930 Kentucky Dr.,    Florence, KY 41042-2915
22021553     +Tronics America, Inc.,    Attn: Acctng Dept.,    1434 E. 86th Place,    Merrillville, IN 46410-6342
22021556     +Unishippers,    935 National Parkway, Suite 93540,    Schaumburg, IL 60173-5325
22021557     +VBS Total Packaging LLC,    PO Box 7,    Luxemburg, WI 54217-0007
22021558     +Viachem Company,    2701 North Dallas Parkway, #500,    Plano, TX 75093-8788
22021559     +Village of Bedford Park,    PO Box 1368,    Elmhurst, IL 60126-8368
```

```
District/off: 0752-1           User: ckeith              Page 3 of 3               Date Rcvd: Jun 12, 2014
                               Form ID: b9f              Total Noticed: 157
```

```
22021560     +Village of Bedford Park,    6701 S. Archer Rd.,    Bedford Park, IL 60501-1936
22021561     +Vire Technologies LLC,    18W100 22nd Street, Suite 105,    Oakbrook Terrace, IL 60181-4448
22021562      Voss Equipment, Inc.,    PO Box 757,   Bedford Park, IL 60499-0757
22021563      Walsh & Associates, Inc.,    1400 Maclind Ave.,   Saint Louis, MO 63110-2004
22021564      Welch Packaging,    24775 Network Place,    Chicago, IL 60673-1247
22021565     +Wilson Engineering,    646 North Winnebago St.,    Rockford, IL 61103-6715
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: sclar@craneheyman.com Jun 13 2014 00:37:57      Scott R Clar,
               Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,    Chicago, IL  60603
22021424      EDI: AMEREXPR.COM Jun 13 2014 00:23:00      American Express,    Box 0001,
               Los Angeles, CA 90096-8000
22021430      E-mail/Text: bbagby@automationdirect.com Jun 13 2014 00:38:31       Automationdirect.com,
               PO Box 402417,    Atlanta, GA 30384-2417
22042094     +EDI: BMW.COM Jun 13 2014 00:23:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
               Hilliard, OH 43026-7456
22021454     +E-mail/Text: peg@crossbow-water.com Jun 13 2014 00:39:04       Crossbow Industrial Water,
               Network Place 24658,    Chicago, IL 60673-0001
22021439      EDI: USBANKARS.COM Jun 13 2014 00:23:00      Cardmember Service,    PO Box 790408,
               Saint Louis, MO 63179-0408
22021555     +E-mail/Text: ulinecollections@uline.com Jun 13 2014 00:39:38       Uline,   2200 S. Lakeside Drive,
               Attn: Accounts Receivable,    Waukegan, IL 60085-8311
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22021492      Joann Richkus
22021543      Stanley Challenge
22021529    ##+Pharmaceutical Lab & Consult,    1110 Thorndale,    Bensenville, IL 60106-1144
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2014 at the address(es) listed below:
              Brian P Welch    on behalf of Debtor    Alliant Manufacturing, LLC bwelch@craneheyman.com,
               gbalderas@craneheyman.com
              Gregory J Jordan    on behalf of Creditor    Raani Corp. gjordan@jz-llc.com
              Gregory J Jordan    on behalf of Creditor    RNS Bedford Park LLC gjordan@jz-llc.com
              Jason M Torf    on behalf of Creditor    Cole Taylor Bank jtorf@hmblaw.com,
               kbates@hmblaw.com;bhegarty@hmblaw.com
              Mark R Zito    on behalf of Creditor    Raani Corp. mzito@tessitorelaw.com
              Mark R Zito    on behalf of Creditor    RNS Bedford Park LLC mzito@tessitorelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sahri D Zeger    on behalf of Creditor    Neves Global Resources, LLC szeger@ccspclaw.com,
               svahlin@ccspclaw.com
              Scott R Clar    on behalf of Debtor    Alliant Manufacturing, LLC sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                               TOTAL: 9
```