UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Chapter 11 | |
| | ) | | |
| | ) | | |
| **Alliant Manufacturing, LLC**, | ) | Case No. **14 B 21229** | |
| | ) | | |
| | ) | | |
| | ) | | |
| Debtor. | ) | Hon. Eugene R. Wedoff | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on June 16, 2014, the United States Trustee, by his attorney, Stephen G. Wolfe, filed a copy of the **APPOINTMENT OF UNSECURED CREDITORS**, with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached and served on you.

/s/ *Stephen G. Wolfe*
Stephen G. Wolfe, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, IL 60604
(312) 886-7480

**CERTIFICATE OF SERVICE**

I, Stephen G. Wolfe, an attorney, state that the above **APPOINTMENT OF UNSECURED CREDITORS** was filed on June 16, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via the manner indicated.

/s/ *Stephen G. Wolfe*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Scott R Clar | sclar@craneheyman.com, mjoberhausen@craneheyman.com, asimon@craneheyman.com |
| Gregory J Jordan | gjordan@jz-llc.com |
| Jason M Torf | jtorf@hmblaw.com, kbates@hmblaw.com;bhegarty@hmblaw.com |
| Brian P Welch | bwelch@craneheyman.com, gbalderas@craneheyman.com |
| Sahri D Zeger | szeger@ccspclaw.com, svahlin@ccspclaw.com |
| Mark R Zito | mzito@tessitorelaw.com |

**Parties Served by First Class Mail:**

Alliant Manufacturing, LLC
5202 W. 70th Place
Chicago, IL 60638

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| *Alliant Manufacturing, LLC*, | ) | Case No. **14 B 21229** |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**APPOINTMENT OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who were willing to serve, hereby are appointed as the creditors' committee in this case:

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| Alternative Staffing, Inc. | Kyle Carstenson |
| Amber Solvent Recycling LLC | Talha Kamal |
| Chemquest International, Inc. | Habib Abbas |
| Holland Applied Technologies, Inc. | Robert J. Soukup |
| Paket Corp. | Mark O'Malley |
| Price Tech Group of IL, LLC | Daniel A. Hamilton |
| Viachem, LTD. | Mike Efting |

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: June 16, 2014          BY:   /s/ *Stephen G. Wolfe*
Stephen G. Wolfe, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, IL 60604
(312) 886-7480