UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )   Case No. 14-21229
ALLIANT MANUFACTURING, LLC,               )   Chapter 11
                                          )   Judge Wedoff
        debtor/debtor-in-possession.      )

## MONTHLY OPERATING REPORT FOR
## THE MONTH ENDING JUNE 30, 2014

**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Alliant Manufacturing LLC_ CASE NO. _14-21229_

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending _June 29_, 20 _14_

BEGINNING BALANCE IN ALL ACCOUNTS          $ _0_

RECEIPTS:
    1. Receipts from operations          $ _741,226_
    2. Other Receipts          $ _68,267_

DISBURSEMENTS:
    3. Net payroll:
      a. Officers          $ _17,169_
      b. Others          $ _170,349_
        _Employee Wage Assignment_          _1,232_
    4. Taxes
      a. Federal Income Taxes          $
      b. FICA withholdings          $ _17,996_
      c. Employee's withholdings          $ _18,291_
      d. Employer's FICA          $ _17,996_
      e. Federal Unemployment Taxes          $ _169_
      f. State Income Tax          $
      g. State Employee withholdings          $ _4,870_
      h. All other state taxes          $ _4503_
      _Payroll Processing Fee_          _636_
    5. Necessary expenses:
      a. Rent or mortgage payments(s)          $ _50,000_
      b. Utilities          $ _1,975_
      c. Insurance          $ _5,349_
      d. Merchandise bought for manufacture or sale          $ _301,130_
      e. Other necessary expenses (specify)
        _Contract Labor_          $ _67,045_
    _Freight, Misc Sup, BK Serv Fee_          $ _14,690_

TOTAL DISBURSEMENTS          $ _746,617_

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ _62,876_

ENDING BALANCE IN _Cole Taylor_          $ _62,876_
      (Name of Bank)

ENDING BALANCE IN _____          $ _____
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ _62,876_

OPERATING REPORT   Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Alliant Manufacturing LLC   CASE NO.: 14-21229

RECEIPTS LISTING

FOR MONTH ENDING June 29, 20 14

Bank: Cole Taylor Bank

Location: 9550 W Higgins Rd, Rosemont, IL

Account Name: ALLIANT MANUFACTURING LLC

Account No.: 0710-96443

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|

See Attached —
Please note our cash receipts
are off by #7732.00.
We are trying to reconcile

TOTAL: 741,226

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

```
AR 314 Company  01                         ALLIED MANUFACTURING LLC
Run 07/30/14 10:08:37                      Cash Receipt Journal

                            ---- DISCOUNT ----              ------ MISC ------
      INVOICE # TYPE DUE DATE    AMOUNT     DATE    PAYMENT   DISCOUNT   DEDUCTION G/L ACCO
=============================================================================================

BATCH NUMBER:    3286 DEPOSIT DATE: 06/09/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


PR-2010   PRIVATE BRANDS                CHK NO: 100301
   2051097      04/19/14      0.00 03/20/14   13,320.36         0.00
  AR  13,320.36 (     120-0   ) CHK TOTAL   13,320.36 -        0.00              0.00


CO-1065   COLBERTS/EMPRESS HAIR PRODUCTS CHK NO: 103153
   2051119      05/20/14      0.00            3,148.04         0.00
   2051120      05/20/14      0.00            5,885.71         0.00
  AR   9,033.75 (     120-0   ) CHK TOTAL    9,033.75 -        0.00              0.00


ME-1150   MERIX PHARMACEUTICAL CORP.      CHK NO: 11369
   2051261      04/11/14      0.00 04/11/14   16,699.35         0.00
  AR  16,699.35 (     120-0   ) CHK TOTAL   16,699.35 -        0.00              0.00


WI-1075   WINLIND SKINCARE LLC            CHK NO: 1249
   2051478      05/29/14      0.00 05/29/14     405.00         0.00
  AR     405.00 (     120-0   ) CHK TOTAL      405.00 -        0.00              0.00


EN-1090   ENZO'S CYCLING PRODUCTS, INC.  CHK NO: 1347
   2051419      06/11/14      0.00 05/12/14    9,161.89         0.00
  AR   9,161.89 (     120-0   ) CHK TOTAL    9,161.89 -        0.00              0.00


DE-1020   DENTOVATIONS                    CHK NO: 16501
   2051308      05/23/14      0.00 04/23/14       67.21         0.00
   2051309      05/23/14      0.00 04/23/14       67.21         0.00
  AR     134.42 (     120-0   ) CHK TOTAL      134.42 -        0.00              0.00


DE-1020   DENTOVATIONS                    CHK NO: 16519
   2051382      06/01/14      0.00 05/02/14    7,278.68         0.00
   2051383      06/01/14      0.00 05/02/14    7,278.68         0.00
  AR  14,557.36 (     120-0   ) CHK TOTAL   14,557.36 -        0.00              0.00


WA-1070   WATKINS INCORPORATED            CHK NO: 773213
   2051262      05/11/14      0.00 04/11/14   12,226.40         0.00
  AR  12,226.40 (     120-0   ) CHK TOTAL   12,226.40 -        0.00              0.00


              CHK CNT      8   BATCH TOTAL   75,538.53 -        0.00              0.00


BATCH NUMBER:    3287 DEPOSIT DATE: 06/09/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR
```

AR 314 Company  01                                          ALLIED MANUFACTURING LLC
Run 07/30/14 10:08:37                                       Cash Receipt Journal

| INVOICE # TYPE DUE DATE | ---- DISCOUNT ----| | PAYMENT | ------ MISC ------ | | |
| | AMOUNT | DATE | | DISCOUNT | DEDUCTION | G/L ACCO |
|---|---|---|---|---|---|---|

SA-1020   SALLY BEAUTY DISTRIBUTION LLC  CHK NO: 486373

| | | | | | |
|---|---|---|---|---|---|
| 2051148 | 05/30/14 | 0.00 03/31/14 | 584.40 | 0.00 | |
| 2051173 | 06/02/14 | 0.00 04/03/14 | 16,681.63 | 0.00 | |
| 2051183 | 06/03/14 | 0.00 04/04/14 | 4,138.06 | 0.00 | |
| AR   21,404.09 ( | 120-0 | ) CHK TOTAL | 21,404.09 - | 0.00 | 0.00 |

|  | CHK CNT | 1 | BATCH TOTAL | 21,404.09 - | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

BATCH NUMBER:   3288 DEPOSIT DATE: 06/09/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

ME-1004   MEDLINE INDUSTRIES INC.        CHK NO: 0014575221

| | | | | | |
|---|---|---|---|---|---|
| 2051325 | 06/09/14 | 0.00 04/25/14 | 1,455.30 | 0.00 | |
| 2051326 | 06/09/14 | 0.00 04/25/14 | 1,455.30 | 0.00 | |
| 2051328 | 06/09/14 | 0.00 04/25/14 | 1,455.30 | 0.00 | |
| 2051333 | 06/09/14 | 0.00 04/25/14 | 1,336.32 | 0.00 | |
| 2051334 | 06/09/14 | 0.00 04/25/14 | 167.04 | 0.00 | |
| AR   5,869.26 ( | 120-0 | ) CHK TOTAL | 5,869.26 - | 0.00 | 0.00 |

|  | CHK CNT | 1 | BATCH TOTAL | 5,869.26 - | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

DEP DATE 06/09/14 CHK CNT   10   DAILY TOTAL   102,811.88 -      0.00      0.00

BATCH NUMBER:   3289 DEPOSIT DATE: 06/10/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

SA-1020   SALLY BEAUTY DISTRIBUTION LLC  CHK NO: 486734

| | | | | | |
|---|---|---|---|---|---|
| 2051177 | 06/02/14 | 0.00 04/03/14 | 12,518.49 | 0.00 | |
| AR   12,518.49 ( | 120-0 | ) CHK TOTAL | 12,518.49 - | 0.00 | 0.00 |

|  | CHK CNT | 1 | BATCH TOTAL | 12,518.49 - | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

DEP DATE 06/10/14 CHK CNT   1   DAILY TOTAL   12,518.49 -      0.00      0.00

BATCH NUMBER:   3296 DEPOSIT DATE: 06/13/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

PR-2010   PRIVATE BRANDS             CHK NO: 6/13wire

| | | | | | |
|---|---|---|---|---|---|
| 2051161 | 04/27/14 | 0.00 03/28/14 | 14,232.90 | 0.00 | |
| 2051163 | 04/27/14 | 0.00 03/28/14 | 4,962.72 | 0.00 | |
| 2051164 | 04/27/14 | 0.00 03/28/14 | 21,967.68 | 0.00 | |
| AR   41,163.30 ( | 120-0 | ) CHK TOTAL | 41,163.30 - | 0.00 | 0.00 |

|  | CHK CNT | 1 | BATCH TOTAL | 41,163.30 - | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

AR 314 Company  01                                    MANUFACTURING LLC
Run 07/30/14 10:08:37                                Cash Receipt Journal

```
                                ---- DISCOUNT ----              ------ MISC ------
      INVOICE # TYPE DUE DATE    AMOUNT       DATE    PAYMENT    DISCOUNT    DEDUCTION G/L ACCO
==============================================================================================

DEP DATE 06/13/14 CHK CNT      1   DAILY TOTAL      41,163.30 -      0.00          0.00


BATCH NUMBER:     3290 DEPOSIT DATE: 06/16/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


MCB-1925   MCBRIDE LABORATORY            CHK NO: 16932
    2051259        05/26/14       0.00 04/11/14    11,053.20       0.00
    2051260        05/26/14       0.00 04/11/14     4,841.44       0.00
  AR   15,894.64 (     120-0      ) CHK TOTAL      15,894.64 -      0.00          0.00


                   CHK CNT      1   BATCH TOTAL      15,894.64 -      0.00          0.00


BATCH NUMBER:     3291 DEPOSIT DATE: 06/16/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


DR-1020    DR. MIRACLES L.L.C.           CHK NO: 11096
    2051147        05/27/14       0.00 03/28/14     6,612.60       0.00
    2051150        05/27/14       0.00 03/28/14     9,398.60       0.00
    2051151        05/27/14       0.00 03/28/14     4,207.00       0.00
    2051156        05/27/14       0.00 03/28/14     4,669.90       0.00
    2051172        05/30/14       0.00 03/31/14       561.40       0.00
    2051174        05/30/14       0.00 03/31/14     5,010.80       0.00
  AR   30,460.30 (     120-0      ) CHK TOTAL      30,460.30 -      0.00          0.00


DR-1020    DR. MIRACLES L.L.C.           CHK NO: 11101
    11101       ADV 06/16/14       0.00                 1.89       0.00
    2051145        05/27/14       0.00 03/28/14    20,116.53       0.00
  AR   20,118.42 (     120-0      ) CHK TOTAL      20,118.42 -      0.00          0.00


DR-1020    DR. MIRACLES L.L.C.           CHK NO: 11109
    2050967        04/19/14       0.00 02/18/14    12,912.20       0.00
    2051176        05/30/14       0.00 03/31/14     3,755.00       0.00
    2051179        06/03/14       0.00 04/04/14     1,696.35       0.00
    2051180        06/03/14       0.00 04/04/14       254.50       0.00
    2051197        06/03/14       0.00 04/04/14     6,010.00       0.00
    2051199        06/03/14       0.00 04/04/14     7,092.12       0.00
    2051200        06/03/14       0.00 04/04/14       813.40       0.00
    2051202        06/03/14       0.00 04/04/14     5,901.10       0.00
    2051204        06/03/14       0.00 04/04/14     4,728.08       0.00
    2051211        06/03/14       0.00 04/04/14     6,680.80       0.00
  AR   49,843.55 (     120-0      ) CHK TOTAL      49,843.55 -      0.00          0.00


DR-1020    DR. MIRACLES L.L.C.           CHK NO: 11110
    2051175        05/30/14       0.00 03/31/14     3,347.68       0.00
    2051198        06/03/14       0.00 04/04/14     1,459.00       0.00
    2051201        06/03/14       0.00 04/04/14     7,987.00       0.00
    2051203        06/03/14       0.00 04/04/14     4,377.00       0.00
```

```
AR 314 Company  01                                      ... ... MANUFACTURING LLC
Run 07/30/14 10:08:37                                   Cash Receipt Journal

                              ---- DISCOUNT ----                  ------ MISC ------
     INVOICE # TYPE DUE DATE   AMOUNT      DATE     PAYMENT    DISCOUNT  DEDUCTION G/L ACCO
  ========================================================================================

   AR   17,170.68 (    120-0    ) CHK TOTAL    17,170.68 -      0.00         0.00


ME-1150   MERIX PHARMACEUTICAL CORP.    CHK NO: 11382
   2051370        05/02/14      0.00 05/02/14   15,706.02        0.00
   AR   15,706.02 (    120-0    ) CHK TOTAL    15,706.02 -      0.00         0.00


              CHK CNT      5   BATCH TOTAL   133,298.97 -      0.00         0.00

BATCH NUMBER:   3292 DEPOSIT DATE: 06/16/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ME-1004   MEDLINE INDUSTRIES INC.       CHK NO: 1406130014
   2051378        06/16/14      0.00 05/02/14      668.16       0.00
   2051379        06/16/14      0.00 05/02/14      668.16       0.00
   2051380        06/16/14      0.00 05/02/14    1,336.32       0.00
   AR    2,672.64 (    120-0    ) CHK TOTAL     2,672.64 -      0.00         0.00


              CHK CNT      1   BATCH TOTAL     2,672.64 -      0.00         0.00

BATCH NUMBER:   3293 DEPOSIT DATE: 06/16/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ES-1050   ESTEE LAUDER COMPANY          CHK NO: 140613
   2051432        06/14/14      0.00 05/15/14   13,087.44       0.00
   AR   13,087.44 (    120-0    ) CHK TOTAL    13,087.44 -      0.00         0.00


              CHK CNT      1   BATCH TOTAL    13,087.44 -      0.00         0.00

BATCH NUMBER:   3294 DEPOSIT DATE: 06/16/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


SA-1020   SALLY BEAUTY DISTRIBUTION LLC  CHK NO: 487628
   2051231        06/09/14      0.00 04/10/14    2,576.58       0.00
   AR    2,576.58 (    120-0    ) CHK TOTAL     2,576.58 -      0.00         0.00


              CHK CNT      1   BATCH TOTAL     2,576.58 -      0.00         0.00

DEP DATE 06/16/14 CHK CNT      9   DAILY TOTAL   167,530.27 -      0.00         0.00


BATCH NUMBER:   3295 DEPOSIT DATE: 06/17/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


SA-1020   SALLY BEAUTY DISTRIBUTION LLC  CHK NO: 488017
   2051212        06/07/14      0.00 04/08/14   10,816.04       0.00
   2051230        06/09/14      0.00 04/10/14    3,214.08       0.00
```

```
AR 314 Company  01                              XXXX MANUFACTURING LLC
Run 07/30/14 10:08:37                           Cash Receipt Journal
```

```
                         ---- DISCOUNT ----              ------ MISC ------
     INVOICE # TYPE DUE DATE    AMOUNT     DATE   PAYMENT  DISCOUNT  DEDUCTION G/L ACCO
     ================================================================================

  AR   14,030.12 (    120-0    ) CHK TOTAL     14,030.12 -    0.00         0.00


            CHK CNT      1   BATCH TOTAL     14,030.12 -    0.00         0.00

BATCH NUMBER:   3297 DEPOSIT DATE: 06/17/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


NI-1050   NIKS PROFESSIONAL PTE. LTD.   CHK NO: 6/17wire
   11102    ADV 06/17/14       0.00        10,002.50       0.00
  AR   10,002.50 (    120-0    ) CHK TOTAL     10,002.50 -    0.00         0.00


            CHK CNT      1   BATCH TOTAL     10,002.50 -    0.00         0.00

BATCH NUMBER:   3298 DEPOSIT DATE: 06/17/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


BC-1010    BIOCARE LABORATORIES          CHK NO: 20061
   2051135       06/25/14      0.00 03/27/14    897.68       0.00
   2051146       06/26/14      0.00 03/28/14  1,900.80       0.00
   2051191       07/03/14      0.00 04/04/14  3,367.20       0.00
   2051192       07/03/14      0.00 04/04/14  4,601.52       0.00
   2051194       07/03/14      0.00 04/04/14  2,328.48       0.00
  AR   13,095.68 (    120-0    ) CHK TOTAL     13,095.68 -    0.00         0.00


            CHK CNT      1   BATCH TOTAL     13,095.68 -    0.00         0.00

BATCH NUMBER:   3299 DEPOSIT DATE: 06/17/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


TH-1020    THANK GOD IT'S NATURAL        CHK NO: 2136
   11103    ADV 06/17/14       0.00         3,055.50       0.00
  AR    3,055.50 (    120-0    ) CHK TOTAL      3,055.50 -    0.00         0.00


            CHK CNT      1   BATCH TOTAL      3,055.50 -    0.00         0.00

BATCH NUMBER:   3300 DEPOSIT DATE: 06/17/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


SL-1025   SLID INDUSTRIES LTD            CHK NO: 6/17WIRE
   11104    ADV 06/17/14       0.00         9,975.00       0.00
  AR    9,975.00 (    120-0    ) CHK TOTAL      9,975.00 -    0.00         0.00


            CHK CNT      1   BATCH TOTAL      9,975.00 -    0.00         0.00

DEP DATE 06/17/14 CHK CNT      5   DAILY TOTAL     50,158.80 -    0.00         0.00
```

```
AR 314 Company  01                            ALTA? MANUFACTURING LLC
Run 07/30/14 10:08:37                         Cash Receipt Journal
```

```
                              ---- DISCOUNT ----                    ------ MISC ------
        INVOICE # TYPE DUE DATE    AMOUNT      DATE     PAYMENT    DISCOUNT   DEDUCTION G/L ACCO
========================================================================================================
```

BATCH NUMBER:   3301 DEPOSIT DATE: 06/18/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


SL-1025   SLID INDUSTRIES LTD          CHK NO: 6/18WIRE
   11105    ADV 06/18/14      0.00              9,965.00        0.00
  AR    9,965.00 (      120-0    ) CHK TOTAL     9,965.00 -      0.00          0.00


               CHK CNT       1    BATCH TOTAL     9,965.00 -      0.00          0.00


DEP DATE 06/18/14 CHK CNT       1    DAILY TOTAL     9,965.00 -      0.00          0.00


BATCH NUMBER:   3302 DEPOSIT DATE: 06/19/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


WI-1075   WINLIND SKINCARE LLC          CHK NO: 1254
   2051543         06/09/14      0.00 06/09/14    200.00        0.00
  AR    200.00 (      120-0    ) CHK TOTAL      200.00 -        0.00          0.00


PR-2005   PRIVATE PERFUMERY, LLC          CHK NO: 45251
   2051011         04/14/14      0.00 02/13/14   2,500.00       0.00
  AR    2,500.00 (      120-0    ) CHK TOTAL     2,500.00 -     0.00          0.00


               CHK CNT       2    BATCH TOTAL     2,700.00 -     0.00          0.00


BATCH NUMBER:   3303 DEPOSIT DATE: 06/19/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


NE-1020   NEVADA NATURAL PRODUCTS          CHK NO: 6/19WIRE
   11106    ADV 06/19/14      0.00             99,980.00       0.00
  AR    99,980.00 (      120-0    ) CHK TOTAL    99,980.00 -    0.00          0.00


               CHK CNT       1    BATCH TOTAL    99,980.00 -    0.00          0.00


DEP DATE 06/19/14 CHK CNT       3    DAILY TOTAL   102,680.00 -   0.00          0.00


BATCH NUMBER:   3304 DEPOSIT DATE: 06/20/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ME-1004   MEDLINE INDUSTRIES INC.          CHK NO: 0014581302
   2051399         06/22/14      0.00 05/08/14   1,455.30       0.00
   2051400         06/22/14      0.00 05/08/14   2,182.95       0.00
  AR    3,638.25 (      120-0    ) CHK TOTAL     3,638.25 -     0.00          0.00


               CHK CNT       1    BATCH TOTAL     3,638.25 -     0.00          0.00

```
AR 314 Company  01                        AL-CO-MANUFACTURING LLC
Run 07/30/14 10:08:37                        Cash Receipt Journal
```

| INVOICE # | TYPE | DUE DATE | ---- DISCOUNT ----  AMOUNT | DATE | PAYMENT | ------ MISC ------  DISCOUNT | DEDUCTION | G/L ACCO |
|---|---|---|---|---|---|---|---|---|

BATCH NUMBER:   3307 DEPOSIT DATE: 06/20/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

```
HI-1020   HICKS INTERNATIONAL INC.        CHK NO: 2598
    11107    ADV 06/20/14      0.00              3,501.90        0.00
  AR   3,501.90 (      120-0    ) CHK TOTAL     3,501.90 -       0.00         0.00
```

```
BR-1010   EPITOMI INCORPORATED           CHK NO: 2628
    2051215      05/08/14      0.00 04/08/14   6,470.80        0.00
  AR   6,470.80 (      120-0    ) CHK TOTAL     6,470.80 -       0.00         0.00
```

```
                  CHK CNT       2   BATCH TOTAL     9,972.70 -       0.00         0.00
```

```
DEP DATE 06/20/14 CHK CNT      3   DAILY TOTAL    13,610.95 -       0.00         0.00
```

BATCH NUMBER:   3305 DEPOSIT DATE: 06/23/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

```
SA-1020   SALLY BEAUTY DISTRIBUTION LLC  CHK NO: 488797
    2051275      06/16/14      0.00 04/17/14   1,044.19        0.00
  AR   1,044.19 (      120-0    ) CHK TOTAL     1,044.19 -       0.00         0.00
```

```
                  CHK CNT       1   BATCH TOTAL     1,044.19 -       0.00         0.00
```

BATCH NUMBER:   3306 DEPOSIT DATE: 06/23/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

```
ME-1004   MEDLINE INDUSTRIES INC.        CHK NO: 0014581834
    2051406      06/23/14      0.00 05/09/14     339.57        0.00
    2051407      06/23/14      0.00 05/09/14   2,004.48        0.00
    2051408      06/23/14      0.00 05/09/14     485.10        0.00
    2051409      06/23/14      0.00 05/09/14   1,336.32        0.00
  AR   4,165.47 (      120-0    ) CHK TOTAL     4,165.47 -       0.00         0.00
```

```
                  CHK CNT       1   BATCH TOTAL     4,165.47 -       0.00         0.00
```

BATCH NUMBER:   3308 DEPOSIT DATE: 06/23/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR

```
DE-1020   DENTOVATIONS                   CHK NO: 16546
    2051427      06/12/14      0.00 05/13/14   8,158.26        0.00
    2051428      06/12/14      0.00 05/13/14   8,158.26        0.00
    2051429      06/12/14      0.00 05/13/14   5,477.40        0.00
    2051431      06/14/14      0.00 05/15/14   4,542.02        0.00
  AR   26,335.94 (      120-0    ) CHK TOTAL    26,335.94 -       0.00         0.00
```

```
ST-2000   STRAIGHT REQUEST               CHK NO: 23887
```

AR 314 Company  01                                         ...... MANUFACTURING LLC
Run 07/30/14 10:08:37                                      Cash Receipt Journal

```
                              ---- DISCOUNT ----              ------ MISC ------
       INVOICE # TYPE DUE DATE   AMOUNT      DATE    PAYMENT   DISCOUNT   DEDUCTION G/L ACCO
==============================================================================================

      2051559        06/13/14    0.00 06/13/14    6,089.84      0.00
      2051560        06/13/14    0.00 06/13/14    5,942.00      0.00
      2051561        06/13/14    0.00 06/13/14    6,085.56      0.00
   AR  18,117.40 (       120-0  ) CHK TOTAL      18,117.40 -    0.00              0.00


NL-1001   NAMASTE LABS                 CHK NO: 79150
      2051398        06/07/14    0.00 05/08/14   56,708.91      0.00
      2051430        06/14/14    0.00 05/15/14   50,169.80      0.00
   AR  106,878.71 (      120-0  ) CHK TOTAL     106,878.71 -    0.00              0.00


             CHK CNT      3    BATCH TOTAL      151,332.05 -    0.00              0.00


DEP DATE 06/23/14 CHK CNT    5    DAILY TOTAL   156,541.71 -    0.00              0.00


BATCH NUMBER:   3309 DEPOSIT DATE: 06/25/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ME-1004   MEDLINE INDUSTRIES INC.      CHK NO: 0014583571
      2051416        06/26/14    0.00 05/12/14    3,293.19      0.00
      2051424        06/27/14    0.00 05/13/14    4,677.12      0.00
   AR   7,970.31 (       120-0  ) CHK TOTAL       7,970.31 -    0.00              0.00


             CHK CNT      1    BATCH TOTAL        7,970.31 -    0.00              0.00


DEP DATE 06/25/14 CHK CNT    1    DAILY TOTAL     7,970.31 -    0.00              0.00


BATCH NUMBER:   3311 DEPOSIT DATE: 06/26/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ST-2000   STRAIGHT REQUEST            CHK NO: 23910
      2051559        06/13/14    0.00 06/13/14      192.60      0.00
   AR     192.60 (       120-0  ) CHK TOTAL         192.60 -    0.00              0.00


AL-1028   ALPHA MEDICAL SYSTEMS, INC.   CHK NO: 4007
      11109     ADV 06/26/14    0.00           44,000.00        0.00
   AR  44,000.00 (       120-0  ) CHK TOTAL      44,000.00 -    0.00              0.00


             CHK CNT      2    BATCH TOTAL       44,192.60 -    0.00              0.00


DEP DATE 06/26/14 CHK CNT    2    DAILY TOTAL    44,192.60 -    0.00              0.00


BATCH NUMBER:   3310 DEPOSIT DATE: 06/27/14 BANK CODE: ALCT ALLIANT-COLE TAYLOR


ME-1001   MEDCARA PHARMACEUTICALS, LLC   CHK NO: 1536
```

```
AR 314 Company  01                          ...MANUFACTURING LLC
Run 07/30/14 10:08:37                       Cash Receipt Journal
```

| INVOICE # | TYPE | DUE DATE | DISCOUNT AMOUNT | DISCOUNT DATE | PAYMENT | MISC DISCOUNT | DEDUCTION | G/L ACCO |
|-----------|------|----------|--------|------|---------|----------|-----------|----------|
| 11108 | ADV | 06/27/14 | 0.00 | | 3,580.00 | 0.00 | | |
| AR   3,580.00 ( | | 120-0 | ) CHK TOTAL | | 3,580.00 - | 0.00 | 0.00 | |
| | | | | | | | | |
| MCB-1925   MCBRIDE LABORATORY | | | CHK NO: 17003 | | | | | |
| 2051332 | | 06/09/14 | 0.00 | 04/25/14 | 2,237.76 | 0.00 | | |
| 2051345 | | 06/12/14 | 0.00 | 04/28/14 | 3,250.08 | 0.00 | | |
| 2051351 | | 06/13/14 | 0.00 | 04/29/14 | 7,802.49 | 0.00 | | |
| 2051352 | | 06/13/14 | 0.00 | 04/29/14 | 4,461.91 | 0.00 | | |
| 2051353 | | 06/13/14 | 0.00 | 04/29/14 | 9,066.48 | 0.00 | | |
| 2051381 | | 06/16/14 | 0.00 | 05/02/14 | 7,817.04 | 0.00 | | |
| 2051384 | | 06/16/14 | 0.00 | 05/02/14 | 1,599.24 | 0.00 | | |
| AR   36,235.00 ( | | 120-0 | ) CHK TOTAL | | 36,235.00 - | 0.00 | 0.00 | |
| | CHK CNT | 2 | BATCH TOTAL | | 39,815.00 - | 0.00 | 0.00 | |
| DEP DATE 06/27/14 CHK CNT | | 2 | DAILY TOTAL | | 39,815.00 - | 0.00 | 0.00 | |
| | CHK CNT | 43 | REPORT TOTAL | | 748,958.31 - | 0.00 | 0.00 | |

AR 314 Company  01
Run 07/30/14 10:08:37

ALLIANT MANUFACTURING LLC
Cash Receipt Journal

R-E-C-A-P  S-E-C-T-I-O-N

|  |  | DEBIT |  |
|---|---|---|---|
| 120-0 | ACCOUNTS RECEIVABLE | 0.00 | 7 |
| 105-0 | ALLIANT-CTB ACCOUNT | 748,958.31 |  |
|  |  | 748,958.31 | 7 |

| Date | Check/Ref | Payee | Amount |
|---|---|---|---|
| 6/12/2014 | 11708 | D & G PALLET | (210.00) |
| 6/12/2014 | 11709 | HOME DEPOT | (495.77) |
| 6/12/2014 | 11710 | YRC | (181.72) |
| 6/12/2014 | TELEPAY | SPRINT | (115.63) |
| 6/13/2014 | 11711 | SENSIENT | (1,216.97) |
| 6/13/2014 | 11713 | ESSENTIAL INGREDIENTS | (3,916.74) |
| 6/13/2014 | 11714 | BRENNTAG SPECIALTIES | (380.96) |
| 6/13/2014 | 11715 | TS STAFFING | (10,000.00) |
| 6/13/2014 | 11716 | MARIA RUIZ | (3,000.00) |
| 6/13/2014 | 11717 | AMBER SOLVENT | (4,432.05) |
| 6/13/2014 | 11718 | AMBER SOLVENT | (5,764.00) |
| 6/13/2014 | 11719 | AMBER SOLVENT | (2,315.25) |
| 6/13/2014 | 11720 | AMBER SOLVENT | (767.13) |
| 6/16/2014 | | CIMCO ACH | (1,975.38) |
| 6/16/2014 | 11722 | YRC | (181.72) |
| 6/16/2014 | 11723 | EDUARDO BLANCO | (60.08) |
| 6/16/2014 | 11724 | YRC | (200.06) |
| 6/16/2014 | 11726 | ESSENTIAL INGREDIENTS | (3,480.00) |
| 6/16/2014 | 11727 | KRAFT CHEMICALS | (2,928.92) |
| 6/16/2014 | CC1593294 | EMCO CHEMICAL | (13,401.00) |
| 6/16/2014 | CC1593295 | ACID PRODUCTS | (379.50) |
| 6/16/2014 | CC1523296 | NEVES GLOBAL | (3,966.50) |
| 6/16/2014 | CC1523297 | BRENNTAG GRT LAKES | (5,561.97) |
| 6/16/2014 | 11729 | AMBER SOLVENT | (48,825.00) |
| 6/17/2014 | cc 1593443 | PRICETECH | (32,142.50) |
| 6/17/2014 | cc1593444 | TS STAFFING | (7,180.04) |
| 6/16/2014 | 11730 | AMBER SOLVENT | (6,142.05) |
| 6/17/2014 | ACH | USB EQUIPMENT | (1,353.86) |
| 6/17/2014 | CC1593445 | ROADRUNNER | (559.26) |
| 6/17/2014 | 11731 | CINDY CHIARELLI | (500.00) |
| 6/17/2014 | 11732 | D & G PALLET | (30.00) |
| 6/17/2014 | 11733 | IL SEC OF STATE | (2.00) |
| 6/17/2014 | 11734 | VIL OF BED PARK | (220.00) |
| 6/17/2014 | 11736 | GABRIELA RUIZ | (17.92) |
| 6/17/2014 | 11737 | IL DEPT OF PUB HEALTH | (10.00) |
| 6/18/2014 | 11738 | YRC | (181.72) |
| 6/18/2014 | | CTB SERV FEE | (1,051.61) |
| 6/20/2014 | 11739 | BLUE CROSS | (14,415.12) |
| 6/20/2014 | 11740 | RNS BEDFORD PARK | (50,000.00) |
| 6/20/2014 | CC1593451 | YRC | (2,945.39) |
| 6/20/2014 | 11741 | D & G PALLET | (2,420.00) |
| 6/20/2014 | 11742 | JEEN INTNL | (5,220.00) |
| 6/23/2014 | 11744 | POLK DISTRIBUTORS | (24,100.00) |
| 6/23/2014 | 11745 | YRC | (161.00) |
| 6/23/2014 | CC1593458 | TS STAFFING | (19,463.29) |
| 6/23/2014 | 11747 | JEEN INTNL | (6,268.66) |
| 6/23/2014 | 11748 | JEEN INTNL | (3,944.90) |

| Date | Check | Payee | Amount |
|---|---|---|---|
| 6/23/2014 | 11749 | JOANN RICHKUS | (6.49) |
| 6/23/2014 | 11750 | YRC | (181.58) |
| 6/23/2014 | 11751 | MARIA RUIZ | (104.18) |
| 6/23/2014 | 11752 | GRAINGER | (240.54) |
| 6/24/2014 | 11753 | YRC | (259.31) |
| 6/24/2014 | 11754 | ELE CORP | (5,467.50) |
| 6/24/2014 | 11756 | CRODA | (15,398.50) |
| 6/24/2014 | 11757 | CRODA | (9,480.00) |
| 6/24/2014 | 11758 | KRAFT CHEMICALS | (3,287.89) |
| 6/24/2014 | 11759 | KRAFT CHEMICALS | (2,275.93) |
| 6/24/2014 | 11760 | JEDWARDS | (2,020.00) |
| 6/24/2014 | 11761 | AMBER SOLVENT | (8,721.00) |
| 6/24/2014 | 11762 | AMBER SOLVENT | (4,803.50) |
| 6/25/2014 | 11763 | YRC | (181.58) |
| 6/25/2014 | 11765 | CRODA | (2,017.60) |
| 6/25/2014 | 11766 | YRC | (915.60) |
| 6/25/2014 cc1593460 | | PRICETECH | (8,700.00) |
| 6/25/2014 CC1593461 | | EMCO CHEMICAL | (11,486.30) |
| 6/25/2014 CC1593459 | | PRICETECH | (7,315.00) |
| 6/25/2014 | 11767 | YRC | (2,122.68) |
| 6/25/2014 | 11768 | YRC | (577.23) |
| 6/25/2014 | | TRANS TO RAANI | (1,174.63) |
| 6/26/2014 | 11769 | ESSENTIAL INGREDIENTS | (3,988.00) |
| 6/27/2014 cc 1593465 | | TS STAFFING | (26,286.09) |
| 6/27/2014 | 11770 | CAROLINA CASUALTY | (10,967.00) |
| 6/11/2014 | 1025 | ZARINA JAWEED | (305.49) |
| 6/11/2014 | 1026 | STRAHL & PITSCH | (465.00) |
| 6/11/2014 | 1027 | VOID | - |
| 6/11/2014 | 1028 | BARRY WILLIAMS | (142.07) |
| 6/11/2014 | 1029 | TALHA KAMAL | (208.18) |
| 6/11/2014 | 1030 | SAEED KHAN | (1,116.21) |
| 6/11/2014 | 1031 | VOID | - |
| 6/11/2014 | 1032 | FLAVOR & FRAGRANCES | (240.00) |
| 6/11/2014 | 1033 | CHEMPOINT.COM | (856.68) |
| 6/11/2014 | 1034 | COMPBENEFITS DENTAL | (1,812.99) |
| 6/11/2014 | 1035 | BCBS-HEALTH CARE SERV | (25,992.65) |
| 6/11/2014 | 1036 | AFLAC | (308.30) |
| 6/11/2014 | 1037 | NEW 75TH EXCHANGE CURRI | (449.59) |
| 6/11/2014 | 1038 | VOID | |
| 6/10/2014 | 1039 | PRINT KING | (5,104.05) |
| 6/13/2014 | 1040 | PLS | (220.04) |
| 6/13/2014 | 1041 | NASEEM AKHTAR | (426.38) |
| 6/16/2014 | 1042 | MOHAMMAD KHAN | (998.73) |
| 6/16/2014 | 1043 | BALBIR KAUR | (315.49) |
| 6/17/2014 | 1044 | ROSALIA OCHOA | (534.41) |
| 6/19/2014 | | WIRE TO POLK | (27,905.00) |
| 6/20/2014 | 1045 | BOGUSLAW WOJTKOWSKI | (865.81) |

(488,330.87)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _ALLIANT MANUFACTURING_____ CASE NO.: _14-21229_

DISBURSEMENT LISTING

FOR MONTH ENDING _JUNE 29_, 20 _14_

Bank: _COLE TAYLOR BANK - HARRIS BANK (ALLIANT PRODUCTS)_

Location: _9550 W HIGGINS RD, ROSEMONT, IL_

Account Name: _ALLIANT MANUFACTURING LLC_

Account No.: _CTB 0710-96443    HARRIS 4814457715_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| SEE ATTACHED | ——— | | 488,331 |
| PAYROLL (JUNE) | ——— | | 258,281 |
| DIFF | | | 5 |

TOTAL: _746,617_

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Alliant Manufacturing LLC   CASE NO.: 14-21229

FOR MONTH ENDING _June 29_, 20 14

## STATEMENT OF INVENTORY

Beginning inventory                    $ 2,672,385

Add: purchases                         $ 301,130

Less: goods sold                       $ 314,041
(cost basis)

Ending inventory                       $ 2,659,474

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period          $ 258,281

Payroll taxes due but unpaid           $ - 0 -

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Alliant Manufacturing LLC_   CASE NO.: _14-21229_

FOR MONTH ENDING _June 29_ , 20 _14_

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 2,069,594 |
| Add: sales on account | $ 751,937 |
| Less: collections | $ 741,226 |
| End of month balance | $ 2,080,305 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $802,678 | $477,935 | $366,058 | $433,634 | $ 2,080,305 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 0 |
| Add: credit extended | $ 11,152 |
| Less: payments of account | $ 0 |
| End of month balance | $ 11,152 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $11,152 | $ | $ | $ | $ 11,152 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Alliant Manufacturing LLC    CASE NO.: 14-21229

FOR MONTH ENDING June 29, 20 14

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____SALEED R. KHAN_____, acting as the duly authorized agent for

the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United

States that I have read and I certify that the figures, statements, disbursement itemizations, and

account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of

this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

SAEED KHAN
MANAGING MEMBER

DATED: ___7/30/14___

OPERATING REPORT Page 8