**FILED**

NOV 2 6 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )       Case No. 14 B 21229
ALLIANT MANUFACTURING, LLC,               )
                                          )
                                          )       Chapter 11
          Debtor.                         )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF LEVENFELD PEARLSTEIN, LLC, ATTORNEYS FOR CREDITORS' COMMITTEE, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $99,749.00 | TOTAL COSTS REQUESTED: | $1,178.26 |
| TOTAL FEES REDUCED: | $7,771.20 | TOTAL COSTS REDUCED: | $478.26 |
| TOTAL FEES ALLOWED: | $91,977.80 | TOTAL COSTS ALLOWED: | $700.00 |

### TOTAL FEES AND COSTS ALLOWED: $92,677.80

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)      Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)      Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone*

*Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)   Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(5)   Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(7)   Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(8)   Trustee Work Can Not Be Compensated As Professional Services**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988)).

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106,

114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated:  November 26, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - BANKRUPTCY LITIGATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.002**

**Component Type: Fees**

| Date | Prof | Narrative | Task Code | Units | Price | Extended |
|------|------|-----------|-----------|-------|-------|----------|
| 7/23/2014 | EBV | Review new letter from Schain Banks regarding potential claims against Raani (.3). | T | 0.30 | 400.00 | 120.00 |
| 7/29/2014 | EBV | Conference with J. Friedland regarding certain issues related to litigation against Raani (.5); draft memo to Committee regarding same (1.2). | T | 1.70 | 400.00 | 680.00 |
| 8/22/2014 | JLB | Update to Committee regarding meeting with Schain Banks and Crestmark due diligence | T | 0.10 | 370.00 | 37.00 |
| 8/22/2014 | EBV | Conference with J. Friedland regarding meeting with Debtor and special counsel and strategy in light of same (.2); communications with Committee regarding same (.3); Review personal injury complaint filed against Raani (.6). | T | 1.10 | 400.00 | 440.00 |
| 9/10/2014 | JPF | Telephone conferences with Lisa re conversion. | T | 0.50 | 400.00 | 200.00 |
| 9/10/2014 | EBV | Telephone conference with third party regarding potential for involvement marketing the business as a going concern (.3). | T | 0.30 | 400.00 | 120.00 |
| 9/12/2014 | JLB | First draft of motion to convert or dismiss case for ②~~cause~~ | T | 3.50 ~~4.50~~ | 370.00 | 1,665.00  -320.00 |
| 9/15/2014 | JPF | Attention to conversion issues and strategy. | T | 1.80 | 400.00 | 720.00 |
| 9/16/2014 | JPF | Attention to conversion and withdrawal. | T | 1.40 | 400.00 | 560.00 |
| 9/16/2014 | EBV | Review draft motion to convert case to Chapter 7 (.4); multiple communications with Committee regarding same (.4). | T | 0.80 | 400.00 | 320.00 |
| 9/17/2014 | JPF | Review and revise motion to convert/dismiss supplemental disclosure (1.0); office conference with Lisa re same (.3). | T | 1.30 | 400.00 | 520.00 |
| 9/17/2014 | JLB | Review service requirements for motion to convert or dismiss (0.2); prepare notice and draft proposed order (0.3); finalize same for filing and file same (0.8). ⑦ ⑫ | T | 1.30 | 370.00 | 481.00  -296.00 |
| 9/17/2014 | EBV | Final review and revise of motion to convert (1.4); emails with Committee regarding same (.5); call with S. Clar regarding same (.2). | T | 2.10 | 400.00 | 840.00 |
| 9/18/2014 | JPF | Confer with L. Vandesteeg re potential buyers (.3). | T | 0.30 | 400.00 | 120.00 |

-666.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - CASE ADMINISTRATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.003**

**Component Type: Fees**

| Date | Prof | Narrative | Task Code | Units | Price | Extended | |
|------|------|-----------|-----------|-------|-------|----------|---|
| 6/17/2014 | JPF | Attention to organizational matters. *(4)* | T | 0.50 | 400.00 | 200.00 | ~200.00 |
| 6/17/2014 | EBV | Attention to immediate critical dates and tasks (1.3); emails with Debtor's counsel and UST regarding retention as committee counsel (.2); call with Debtor's counsel regarding preliminary matters (.3). *(4)* | T | 1.80 | 400.00 | 720.00 | -520.00 |
| 6/19/2014 | EBV | Attention to outlining upcoming preliminary critical dates and tasks and assignment/staffing for same. | T | 0.20 | 400.00 | 80.00 | |
| 6/20/2014 | NB | Draft Appearances for J. Friedland, L. Vandesteeg, and J. Burns | T | 0.70 | 200.00 | 140.00 | |
| 6/20/2014 | NB | Create and distribute e-mail contact list for members of Unsecured Creditors' Committee | T | 0.30 | 200.00 | 60.00 | |
| 6/21/2014 | NB | Begin drafting Critical Dates Task List | T | 0.20 | 200.00 | 40.00 | |
| 6/22/2014 | NB | Continue drafting Critical Dates Task List | T | 0.10 | 200.00 | 20.00 | |
| 7/2/2014 | JPF | Review filings; communication internally re work flow. | T | 0.20 | 400.00 | 80.00 | |
| 7/2/2014 | EBV | Internal team emails coordinating division of tasks and assignments. | T | 0.30 | 400.00 | 120.00 | |
| 7/7/2014 | EBV | Review summary of recent filings (.4); review Debtor's schedules and SOFA's (.4). | T | 0.80 | 400.00 | 320.00 | |
| 10/16/2014 | JPF | Attention to overall tactics regarding potential dismissal. | T | 0.40 | 400.00 | 160.00 | |
| 10/27/2014 | JLB | Discuss ramifications of conversion versus dismissal with L. Vandesteeg and J. Friedland | T | 0.20 | 370.00 | 74.00 | |
| 10/27/2014 | JPF | Telephone conference with Greg Jordan, Lisa. | T | 0.10 | 400.00 | 40.00 | |
| 10/27/2014 | JPF | Consider dismissal v conversion. | T | 0.50 | 400.00 | 200.00 | |
| 10/29/2014 | JPF | Attention to pending dismissal *(4)* | T | 0.80 | 400.00 | 320.00 | -320.00 |
| 10/31/2014 | JPF | Office conference with Lisa re pending dismissal; review financing order and related emails. | T | 0.70 | 400.00 | 280.00 | |

|  | | Component Type: Fees | | 7.80 | | 2,854.00 |
|  | | Matter ID: 40129-97744.003 | | 7.80 | | 2,854.00 |

-1,040.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - FINANCING**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.006**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 6/19/2014 | EBV | Prepare for and participate in call with Debtor's counsel regarding cash collateral and other issues (.8); various emails with Debtor's counsel following up on same (.3). | T | 1.10 | 400.00 | 440.00 −32.00 |
| 6/25/2014 | EBV | Review revised proposed cash collateral budget. | T | 0.20 | 400.00 | 80.00 |
| 6/25/2014 | JPF | Telephone conference with creditor Steven Swerdloff (.3); update committee regarding cash collateral(.7). | T | 1.00 | 400.00 | 400.00 |
| 7/9/2014 | EBV | Review revised proposed cash collateral order circulated by Debtor in advance of continued hearing (.2); emails with Debtor's counsel regarding same (.2); review draft 13 week budget provided by Debtor (.2). | T | 0.60 | 400.00 | 240.00 |
| 7/15/2014 | EBV | Review budget variance through 7/12/14. | T | 0.40 | 400.00 | 160.00 |
| 7/21/2014 | EBV | Review revised budget and proposed draft order for continued use of cash collateral. | T | 0.40 | 400.00 | 160.00 |
| 7/22/2014 | EBV | Various communications with Debtor's counsel, counsel for Cole Taylor and counsel for Raani regarding continued use of cash collateral and overall case strategy. | T | 0.50 | 400.00 | 200.00 −20.00 |
| 7/28/2014 | EBV | Review and analyze objections to Crestmark diligence fee filed by Cole Taylor and Raani and Debtor's reply in support of same (1.1); update Committee on objections to Crestmark diligence fee (.3). | T | 1.40 | 400.00 | 560.00 |
| 8/6/2014 | JPF | Emails re hearing with J. Burns re cash collateral hearing. | T | 0.20 | 400.00 | 80.00 −8.00 |
| 8/6/2014 | EBV | Multiple various emails regarding cash collateral, budget, plan and potential meeting with debtor and Cole Taylor regarding same. | T | 0.40 | 400.00 | 160.00 |
| 8/6/2014 | JLB | Prepare for hearing on 5th interim cash collateral order, review proposed budget and correspondence with S. Clar prior to same (.4) | T | 0.40 | 370.00 | 148.00 |
| 8/14/2014 | JPF | Review cash collateral issues. | T | 0.80 | 400.00 | 320.00 |
| 8/19/2014 | EBV | Communications regarding upcoming cash collateral hearing. | T | 0.40 | 400.00 | 160.00 |
| 8/20/2014 | EBV | Various communications with the Debtor, Bank and Raani finalizing details for continued use of cash | T | 0.90 | 400.00 | 360.00 |

11/3/2014 2:50:58 PM

−60.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - FINANCING**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| | | collateral (.4); analysis of 13 week budget (.5). | | | | |
| 9/2/2014 | EBV | Emails with Debtor's counsel regarding upcoming hearing on continued use of cash collateral and analysis in light of same (.4); review and analysis of CTB's proposed cash collateral order and objections to same (.9). | T | 1.30 | 400.00 | 520.00 |
| 9/3/2014 | EBV | Objections to cash collateral order (.7); communications with Debtor's counsel regarding same; (.2) review 13-/4-week budgets prepared by Craig Graff (.2); communications with Committee regarding same (.4) | T | 1.50 | 400.00 | 600.00   -280.00 |
| 9/4/2014 | EBV | Review draft cash collateral order and revised budget (.2); various communications with other parties regarding same (.3); begin to draft memo to MB counsel regarding committee objections to proposed expansive cash collateral order (.3). | T | 0.80 | 400.00 | 320.00 |
| 9/5/2014 | JPF | Telephone conference with Lisa re next tactical steps regarding cash collateral (.2); review email to Bank counsel (.1); exchange emails re DIP order (.2). | T | 0.50 | 400.00 | 200.00 |
| 9/5/2014 | EBV | Continue drafting Committee objections to expansive proposed cash collateral order (1.5); various emails with counsel for MB regarding same (.2). | T | 1.70 | 400.00 | 680.00   -45.00 |
| 9/8/2014 | JPF | Telephone conference with Lisa re revised cash collateral order. | T | 0.20 | 400.00 | 80.00 |
| 9/8/2014 | EBV | Review MB's revised draft cash collateral order and draft objections to new provisions as to carve-out and investigation (1.4); call with S. Clar regarding same (.2); call with J. Torf regarding same (.2). | T | 1.80 | 400.00 | 720.00 |
| 9/9/2014 | JLB | Conference call with J. Torf and E. Vandesteeg regarding proposed cash collateral order and hearing | T | 0.60 | 370.00 | 222.00   -222.00 |
| 9/9/2014 | JPF | Telephone conferences with Lisa re CC order. | T | 0.50 | 400.00 | 200.00 |
| 9/9/2014 | EBV | Various calls with J. Torf regarding different drafts of proposed cash collateral order (.9); calls and emails with Committee members regarding same (.6); call with Scott Clar regarding same (.4); analyze objections to same (1.6); review updated budgets provided by the debtor (.3). | T | 3.70 | 400.00 | 1,480.00 |
| 9/10/2014 | JLB | Discuss outcome of cash collateral hearing and next steps with L. Vandesteeg. | T | 0.40 | 370.00 | 148.00 |
| 9/10/2014 | EBV | Continue drafting argument regarding Committee's objection to the proposed eighth cash collateral order (1.0); meeting with MB regarding same (.8); discussion with S. Wolfe, UST, regarding same (.4); | T | 2.70 | 400.00 | 1,080.00 |

-542.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - FINANCING**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| | | review MB's revised draft order post-hearing on cash collateral and suggest modification regarding investigation to same (.5). | | | | |
| 9/16/2014 | JLB | Draft supplemental disclosure regarding connections to MB Financial Bank. | T | 1.00 | 370.00 | 370.00 |
| 9/16/2014 | EBV | Call with Scott Clar regarding Crestmark update. | T | 0.20 | 400.00 | 80.00 |
| 9/22/2014 | EBV | Communications with counsel for debtor, bank and Raani regarding upcoming hearing on cash collateral. | T | 0.20 | 400.00 | 80.00 |
| 9/23/2014 | EBV | Review MB's proposed ninth interim cash collateral order and advise MB's counsel as the Committee's continued objections to same. | T | 0.30 | 400.00 | 120.00 |
| 9/23/2014 | JLB | Review ninth interim cash collateral order and correspondence regarding same; discuss same and attendance at hearing with J. Friedland; correspondence to J. Torf regarding same | T | 0.30 | 370.00 | 111.00 |
| 9/26/2014 | JPF | Review emails re DIP financing. | T | 0.20 | 400.00 | 80.00 |
| 9/26/2014 | JLB | Discuss status of case and pending motions and Crestmark financing with J. Friedland (.2); telephone call with B. Bosch regarding update on same (.1). | T | 0.30 | 370.00 | 111.00 |
| 9/30/2014 | JLB (7) | Review matters scheduled for presentment on Sept. 30 and summarize same for and discuss with J. Friedland; update to Committee regarding same and status of Crestmark financing | T | 0.50 | 370.00 | 185.00  -18.50 |
| 9/30/2014 | JPF | Exchange emails; telephone conference with J. Burns re hearing. | T | 0.50 | 400.00 | 200.00 |
| 10/13/2014 | EBV | Call with Bank and Debtor regarding upcoming hearing on cash collateral. | T | 0.50 | 400.00 | 200.00 |
| 10/14/2014 | EBV | Update Committee regarding status of cash collateral (.4); conference with J. Friedland regarding same and strategy for continued hearing on 10/15 (.3); review Alliant's emergency cash collateral motion (.4). | T | 1.10 | 400.00 | 440.00 |
| 10/15/2014 | EBV | Communications with S. Clar regarding upcoming hearing on emergency motion to use cash collateral (.5); Strategy regarding Committee support of use of cash collateral (.5); Review and propose changes to the proposed tenth interim cash collateral order (.7). | T | 1.70 | 400.00 | 680.00 |
| 10/16/2014 | EBV | Various communications with debtor's counsel, Bank's counsel, UST and Committee regarding questions regarding the proposed cash collateral order, capital contribution and professional fees | T | 0.30 | 400.00 | 120.00 |

-18.50

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

ALLIANT MANUFACTURING - GENERAL CREDITORS COMMITTEE
AND CREDITOR

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.007**

**Component Type: Fees**

| Date | Prof | Narrative | Task Code | Units | Price | Extended | |
|------|------|-----------|-----------|-------|-------|----------|---|
| ⑤ 6/19/2014 | JPF | Prepare for (1.3) and participate in (.7) call with Committee | T | 2.00 | 400.00 | 800.00 | −800.00 |
| 6/19/2014 | EBV | Prepare for (1.3) and participate in (.7) call with Committee regarding various introductory issues (procedures, by-laws, next steps, etc.); various emails with Committee regarding same (.4). | T | 2.40 | 400.00 | 960.00 | |
| 6/21/2014 | NB | Begin drafting Unsecured Creditors' Committee By-Laws | T | 0.40 | 200.00 | 80.00 | |
| 6/22/2014 | NB | Continue drafting Unsecured Creditors' Committee By-Laws | T | 0.10 | 200.00 | 20.00 | |
| 6/24/2014 | EBV ⑰ | Communications with Committee and various individual members regarding status update, by-laws, retention application and other specific questions. | T | 1.90 | 400.00 | 760.00 −76.00 | |
| 6/26/2014 | JPF | Prepare for telephone conference with Committee and call (.8); revise by laws (.3) | T | 1.10 | 400.00 | 440.00 | |
| 6/30/2014 | EBV | Call with S. Clar regarding status and timing of meeting with Bank | T | 0.20 | 400.00 | 80.00 | |
| 7/2/2014 | EBV | Strategy regarding discussion points for next committee call. | T | 0.20 | 400.00 | 80.00 | |
| 7/7/2014 | JLB | Review and summarize recent filings in update to Committee regarding same | T | 0.70 | 370.00 | 259.00 | |
| 7/7/2014 | JPF | Review and comment on draft email to Committee re recent filings. | T | 0.50 | 400.00 | 200.00 | |
| 7/9/2014 | EBV | Multiple communications with Committee regarding outcome of hearing and meeting with lenders and debtor and strategy related to same. | T | 1.40 | 400.00 | 560.00 | |
| 7/10/2014 | JPF | Review meeting notes from Lisa (.2); Winternitz email (.1); email updates re filed motions and 341 (.2). | T | 0.50 | 400.00 | 200.00 | |
| 7/11/2014 | EBV | Prepare for (.3) and participate in (.6) conference call with Committee. | T | 0.90 | 400.00 | 360.00 | |
| 7/15/2014 | EBV | Attention to overall case status and strategy (.7) ④ | T | 0.70 | 400.00 | 280.00 −280.00 | |
| 7/16/2014 | JPF | Review and comment on emails to Committee (.2); review variance report (.2); telephone conference with Lisa re same (.1) | T | 0.50 | 400.00 | 200.00 | |
| 7/16/2014 | EBV ⑰ | Communications with Committee regarding hearing on motion to appoint special counsel and various | T | 0.50 | 400.00 | 200.00 −20.00 | |

−1,126.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - GENERAL CREDITORS COMMITTEE**
**AND CREDITOR**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| | | conversations with Debtor's counsel. | | | | |
| 7/17/2014 | JLB | Review and summarize Motion for Authority to Pay Due Diligence Fee Outside the Course of Ordinary Business | NC | 0.20 | 0.00 | 0.00 |
| 7/18/2014 | JPF | Prepare for weekly call  (5) | T | 0.30 | 400.00 | 120.00  -120.00 |
| 7/18/2014 | EBV | Prepare for (.5) and participate in (.5) call with Committee updating on various issues. | T | 1.00 | 400.00 | 400.00 |
| 7/18/2014 | JLB | Conference call with L. Vandesteeg and Committee regarding updates | NC | 0.50 | 0.00 | 0.00 |
| 7/18/2014 | JPF | Participate in weekly call | NC | 0.50 | 0.00 | 0.00 |
| 7/21/2014 | EBV | Communications with Committee regarding conversations with Debtor's counsel and update on upcoming hearings. | T | 0.30 | 400.00 | 120.00 |
| 7/22/2014 | JPF | Review and respond to emails with Committee. | T | 0.40 | 400.00 | 160.00 |
| 7/22/2014 | JLB | Review Motion to Approve the Rejection of an Unexpired Vehicle Lease and Abandonment of the Estate's Right Title and Interest in a Leased 2014 Audi A8 and draft summary of same | T | 0.20 | 370.00 | 74.00 |
| 7/23/2014 | EBV | Review summary from hearing on motion to pay diligence fee to Crestmark. | T | 0.20 | 400.00 | 80.00 |
| 7/23/2014 | EBV | Detailed update and analysis for Committee regarding multiple filings and conversations with various parties (1.5); analysis regarding overall case status and strategy (1.7). | T | 3.20 | 400.00 | 1,280.00 |
| 7/23/2014 | EBV | Review and analysis of A/R aged trial balance as of 7/18/14 (.4). | T | 0.40 | 400.00 | 160.00 |
| 7/24/2014 | JLB | Conference call with creditors' committee, L. Vandesteeg and J. Friedland (.3); follow-up call with L. Vandesteeg and J. Friedland regarding case status and critical tasks (.6)  (5) (4) | T | 0.90 | 370.00 | 333.00  -333.00 |
| 7/24/2014 | JPF | Weekly Committee call; (.5) Strategy call with Lisa and Jamie (1.0); subsequent calls with Lisa re same (.5). | T | 2.00 | 400.00 | 800.00 |
| 7/24/2014 | EBV | Prepare for call with Committee. | T | 1.80 | 400.00 | 720.00 |
| 7/24/2014 | EBV | Attention to overall case status and strategy related to various different issues (1.5) and conference with same regarding J. Friedland and J. Burns (1.0). | T | 2.50 | 400.00 | 1,000.00 |
| 7/24/2014 | EBV | Participate in call with Committee (.5). | NC | 0.50 | 0.00 | 0.00 |

-453.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - GENERAL CREDITORS COMMITTEE**
AND CREDITOR

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 7/28/2014 | JPF | Due Diligence Fee objection; telephone conference with Lisa and Jamie re same and re various other. | T | 0.50 | 400.00 | 200.00 _200.00_ |
| 7/29/2014 | EBV | Draft update to Committee regarding Raani litigation, Crestmark hearing, updated budget and other various issues (.7). | T | 0.70 | 400.00 | 280.00 |
| 7/30/2014 | EBV | Weekly call with Committee. | T | 0.80 | 400.00 | 320.00 |
| 7/30/2014 | JPF | Telephone conference with Committee (.8). | NC | 0.80 | 0.00 | 0.00 |
| 8/1/2014 | EBV | Communications with the Committee regarding various issues and questions. | T | 1.10 | 400.00 | 440.00 |
| 8/4/2014 | JPF | Telephone conference with J. Burns to prepare for meeting with Debtor (.5); prepare for meeting (2.3). | T | 2.80 | 400.00 | 1,120.00 |
| 8/4/2014 | JLB | Incorporate M. Efting comments into list of discussion points for meeting with Alliant; and correspondence to committee members regarding same (.4); receipt and review of budget variance for 8.2.14 and comments on same (.5) | T | 0.90 | 370.00 | 333.00 |
| 8/6/2014 | JLB | Correspondence to the committee regarding outcome of same (.2) | T | 0.20 | 370.00 | 74.00 |
| 8/11/2014 | JLB | Discuss follow-up items from meeting with Alliant with J. Friedland. | T | 0.20 | 370.00 | 74.00 |
| 8/11/2014 | JPF | Attention to overall strategy and tactics | T | 1.00 | 400.00 | 400.00 _400.00_ |
| 8/12/2014 | JLB | Correspondence to S. Clar regarding follow-up items and information needed after meeting with Alliant on 8.5.14 | T | 0.20 | 370.00 | 74.00 |
| 8/12/2014 | EBV | Overall strategy and analysis related to potential outcomes for GUC with potential plan versus potential sale (1.8); various emails with Committee regarding same (.2); call with Scott (.2); return calls to creditors regarding questions as to status of case (.2). | T | 2.40 | 400.00 | 960.00 |
| 8/13/2014 | JPF | Committee call. | NC | 1.00 | 0.00 | 0.00 |
| 8/13/2014 | JLB | Conference call with creditors' committee (.9). | NC | 0.90 | 0.00 | 0.00 |
| 8/13/2014 | EBV | Telephone conference with Committee and various individual committee members (1.2). | T | 1.20 | 400.00 | 480.00 |
| 8/13/2014 | JLB | Update critical tasks memo with action items from same (.1) | T | 0.10 | 370.00 | 37.00 |
| 8/14/2014 | EBV | Research on certain of Debtor's customers (.4); attention to various task items discussed on weekly | T | 0.80 | 400.00 | 320.00 _-12.00_ |

11/3/2014 2:50:58 PM

_-612.00_

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - GENERAL CREDITORS COMMITTEE AND CREDITOR**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 8/29/2014 | JLB | Conference call with committee (.9); L. Vandesteeg and J. Friedland | NC | 0.90 | 0.00 | 0.00 |
| 8/29/2014 | EBV | Weekly Committee call regarding going forward strategy. | NC | 0.90 | 0.00 | 0.00 |
| 9/2/2014 | JLB | Correspondence to Committee and telephone call with B. Bosch regarding same (.6) | T | 0.60 | 370.00 | 222.00 |
| 9/4/2014 | JLB | Conference call with Committee (.7). | T | 0.70 | 370.00 | 259.00 |
| 9/4/2014 | EBV | Weekly committee call (.8). | T | 0.80 | 400.00 | 320.00 |
| 9/4/2014 | JLB | Follow-up correspondence to Committee (.2); correspondence to S. Clar (.2) | T | 0.40 | 370.00 | 148.00 |
| 9/10/2014 | EBV | Multiple various communications with Committee regarding cash collateral outcome and strategy in light of same (1.8); outline of options for Committee going forward (.7). | T | 2.50 | 400.00 | 1,000.00 |
| 9/11/2014 | JPF | Telephone conference with Lisa re strategy and tactics. | T | 0.40 | 400.00 | 160.00 |
| 9/11/2014 | JLB | Conference call with committee and subsequent call with S. Wolfe regarding motion to convert and strategy for same. | NC | 1.40 | 0.00 | 0.00 |
| 9/11/2014 | EBV | Prepare for and participate in weekly committee call (1.2); Call with S. Wolfe at UST's office (.3). | T | 1.50 | 400.00 | 600.00 *-48.00* |
| 9/18/2014 | JPF | Office conference with L. Vandesteeg re call in advance of call with Debtor and Bank, at Bank's request (.7); review voicemails and emails from Ranni counsel and internally (.3). | T | 0.70 | 400.00 | 280.00 |
| 9/19/2014 | EBV | Review Debtor's motion for extension of time to assume/reject RNS lease and RNS' objection to same (.2). | T | 0.20 | 400.00 | 80.00 |
| 9/22/2014 | JLB | Discuss pending deadlines and updates with L. Vandesteeg and correspondence to Committee regarding update on same | T | 0.50 | 370.00 | 185.00 |
| 9/22/2014 | JPF | Attention to strategy and tactics going forward, including review of email to Client. | T | 0.70 | 400.00 | 280.00 |
| 9/23/2014 | JPF | Review emails from Debtor and Second Lien counsel and discuss same with Lisa. | T | 0.50 | 400.00 | 200.00 |
| 9/23/2014 | EBV | Telephone conference with G. Jordan (.2); call with N. Newman (.2); call with S. Clar (.2). | T | 0.60 | 400.00 | 240.00 |
| 9/24/2014 | JPF | Attention to overall case strategy, including drafting of memo re same | T | 0.80 | 400.00 | 320.00 *-320.00* |

*-368.00*

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - HEARINGS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.008**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 6/24/2014 | JPF | Prepare for hearing on motion to use cash collateral | T | 1.10 | 400.00 | 440.00 |
| 6/25/2014 | JLB | Appear at hearing on motion to use cash collateral, debtor's motion to employ attorneys, and motion to pay utilities | NC | 1.00 | 0.00 | 0.00 |
| 6/25/2014 | JPF | Attend hearing on cash collateral | T | 1.00 | 400.00 | 400.00 |
| 7/8/2014 | EBV | Attend hearing on various motions (including LP retention application and Rule 2004 motions). | T | 1.10 | 400.00 | 440.00 |
| 7/9/2014 | EBV | Attend hearing on continued interim use of cash collateral. | T | 0.70 | 400.00 | 280.00 |
| 7/16/2014 | EBV | Appear at hearing on motion to appoint special counsel. | T | 0.90 | 400.00 | 360.00 |
| 7/22/2014 | EBV | Attend hearing on continued use of cash collateral. | T | 1.60 | 400.00 | 640.00 |
| 7/23/2014 | JLB | Appear at hearing on status on petition, motion to pay due diligence fee and motion to set claims bar date (1.4); prepare summary of same (.1) | T | 1.50 | 370.00 | 555.00 |
| 7/29/2014 | JLB | Appear at continued hearing for motion to pay Crestmark due diligence fee outside the ordinary course of business (1.0); draft summary of outcome of hearing (.2) | T | 1.20 | 370.00 | 444.00 |
| 8/6/2014 | JLB ⑦ | Discuss terms of Cash Collateral Order with all parties prior to and appear at hearing (1.5). | T | 1.50 | 370.00 | 555.00 −55.50 |
| 8/20/2014 | JLB | Appear at hearing on continued use of cash collateral and motion to employ Craig Graff. | T | 1.20 | 370.00 | 444.00 |
| 9/2/2014 | JLB ⑦ | Prepare for and appear at cash collateral hearing and draft summary of same for L. Vandesteeg and J. Friedland (3.5). | T | 3.50 | 370.00 | 1,295.00 −129.50 |
| 9/10/2014 | EBV | Attend hearing and present argument in objection to cash collateral (.7). | T | 0.70 | 400.00 | 280.00 |
| 10/14/2014 | EBV | Prepare for (.9) and attend (3.5) hearing on continued use of cash collateral and Committee's motion to convert/dismiss. | T | 4.40 | 400.00 | 1,760.00 |
| 10/15/2014 | EBV | Attend multiple hearings on cash collateral motion. | T | 2.80 | 400.00 | 1,120.00 |
| 10/28/2014 | EBV | Prepare for (.9) and attend (1.2) hearing on lift-stay, continued use of cash collateral, and convert/dismiss. | T | 2.10 | 400.00 | 840.00 |

−185.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - RETENTION - PROFESSIONALS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.009**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 6/23/2014 | JLB | Begin drafting LP retention application | T | 0.60 | 370.00 | 222.00 |
| 6/24/2014 | JLB | Finish first draft of retention application and affidavit in support thereof (.6); revisions to same per L. Vandesteeg comments (.1) | T | 0.70 | 370.00 | 259.00 |
| 6/24/2014 | EBV | Review and revise LP retention application. | T | 0.80 | 400.00 | 320.00 |
| 7/1/2014 | JLB | Revise retention application per L. Vandesteeg comments and prepare certificate of service for same | T | 0.40 | 370.00 | 148.00 |
| 7/1/2014 | EBV | Review and revise LP retention application and affidavit in support of same. | T | 0.50 | 400.00 | 200.00 |
| 7/2/2014 | JLB | Draft proposed retention order; file application for retention ⑦ ⑫ | T | 0.50 | 370.00 | 185.00  -185.00 |
| 7/10/2014 | JLB ⑫ ⑦ | Review motion to employ special counsel filed by Debtor and correspondence to Committee regarding same and filed amendment to schedules (.6). | T | 0.60 | 370.00 | 222.00  -22.20 |
| 7/10/2014 | EBV | Review communications to Committee regarding Debtor's motion to retain special counsel and other recent filings. | T | 0.20 | 400.00 | 80.00 |
| 7/14/2014 | EBV | Various communications with the Committee regarding Debtor's motion to employ special counsel and other issues. | T | 0.60 | 400.00 | 240.00 |
| 7/15/2014 | JPF | Telephone conference with Lisa re retention app for litigation firm budget and next steps. | T | 0.50 | 400.00 | 200.00 |
| 7/15/2014 | EBV | Communications with Committee regarding updated budget variance and proposed order regarding retention of Schain Banks (.7). | T | 0.70 | 400.00 | 280.00 |
| 7/23/2014 | JPF | Discuss potential objection to application tor retain Schain Burney. | T | 0.50 | 400.00 | 200.00 |
| 7/24/2014 | EBV | Emails with CTB regarding retention of third party to review Debtor's financials. | T | 0.20 | 400.00 | 80.00 |
| 7/29/2014 | JPF | Telephone conference with Lisa re special counsel contingency fee questions (.5); review and comment on question outline (.4); review and revise discussion memo (.3); review and revise economic analysis re fees (.3). | T | 1.50 | 400.00 | 600.00 |
| 7/29/2014 | EBV | Begin review and analysis of Debtor's motion to employ Michael Cannon. | T | 0.20 | 400.00 | 80.00 |

-207.20

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - RETENTION - PROFESSIONALS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 7/30/2014 | JPF | Review application to retain FA and comment on same (.2). | T | 0.20 | 400.00 | 80.00 |
| 7/30/2014 | EBV | Continued analysis regarding Debtor's motion to employ Michael Cannon (.9); communications with counsel for Cole Taylor regarding same (.2). | T | 1.10 | 400.00 | 440.00 |
| 7/31/2014 | JPF | Confer with Lisa and Jamie re retention of FA. | T | 0.50 | 400.00 | 200.00 |
| 7/31/2014 | EBV | Call with Debtor's counsel regarding various issues related to employment of Michael Cannon. | T | 0.30 | 400.00 | 120.00 |
| 8/1/2014 | EBV | Call with J. Torf regarding Debtor's motion to retain Michael Cannon. | T | 0.30 | 400.00 | 120.00 |
| 8/4/2014 | JPF | Telephone conference with Jason Torf re FA retention (.2). | T | 0.20 | 400.00 | 80.00 |
| 8/5/2014 | JLB | Correspondence to the Committee regarding denial of Michael Cannon retention application | T | 0.10 | 370.00 | 37.00 |
| 8/5/2014 | EBV ⑦ | Multiple various emails regarding Debtor's retention of a financial advisor and Committee's objection to Michael Cannon being that person. | T | 0.40 | 400.00 | 160.00  _-16.00_ |
| 8/14/2014 | JLB | Receipt and review of Motion to Employ Craig Graff and update to the Committee regarding same | T | 0.20 | 370.00 | 74.00 |
| 8/14/2014 | EBV | Review Debtor's motion to employ Craig Graff of Rally Capital as financial advisor. | T | 0.40 | 400.00 | 160.00 |
| 9/4/2014 | EBV | Review Graff letter setting out week one work and fees. | T | 0.20 | 400.00 | 80.00 |
| 9/16/2014 | EBV | Attention to issues related to supplemental ④ disclosure of LP regarding MB Financial. | T | 0.60 | 400.00 | 240.00  _-240.00_ |
| 9/17/2014 | EBV | Review and revise supplemental disclosure re: MB Financial. | T | 0.30 | 400.00 | 120.00 |
| 9/23/2014 | EBV | Review and develop objection to Debtor's motion to hire accounting firm due to administrative insolvency of case. | T | 0.30 | 400.00 | 120.00 |
| 10/1/2014 | JPF | Attend court hearing on Motion to Employ accountants (1.4); update Committee regarding outcome and strategy related to Debtor's Motion to Extend Time to file plan (.6). | T | 2.00 | 400.00 | 800.00 |
| 10/31/2014 | JLB | Finish drafting first fee application; review, revise and finalize same for filing | T | 2.50 | 370.00 | 925.00 |
| | | Component Type: Fees | | 18.10 | | 7,072.00 |
| | | Matter ID: 40129-97744.009 | | 18.10 | | 7,072.00 |

_-256.00_

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - PLAN AND DISCLOSURE STATEMENT**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.010**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 8/13/2014 | EBV | Discussion with S. Clar regarding overall status of case and Debtor's thoughts and plan and strategy going forward (.5). | T | 0.50 | 400.00 | 200.00 |
| 8/27/2014 | EBV | Review Debtor's outline of proposed likely plan of reorganization (.4). | T | 0.40 | 400.00 | 160.00 |
| 8/28/2014 | JPF | Review plan outline (.4). | T | 0.40 | 400.00 | 160.00 |
| 10/2/2014 | JPF | Telephone conference and emails with Debtor counsel re plan issues. | T | 0.20 | 400.00 | 80.00 |
| 10/6/2014 | EBV | Review Crestmark commitment letter and m/e financing commitment letter from LTS (.2); Begin review and analysis of debtor's draft plan and disclosure statement (.7). | T | 0.90 | 400.00 | 360.00 |
| 10/7/2014 | EBV | Continue review and analysis of Debtor's plan and disclosure statement. | T | 0.50 | 400.00 | 200.00 |
| 10/9/2014 | JLB | Correspondence with committee regarding scheduling conference call to discuss plan | T | 0.20 | 370.00 | 74.00 |
| 10/10/2014 | JLB | Discuss plan with L. Vandesteeg and correspondence to committee members regarding conference call | T | 0.20 | 370.00 | 74.00 |
| 10/10/2014 | EBV | Call with S. Clar regarding upcoming hearing on Committee's motion to convert and status of case in light of same and filed plan (.2); emails with Committee regarding same (.4); continued plan analysis (.6); conference with J. Friedland regarding same (.4). | T | 1.60 | 400.00 | 640.00 |
| 10/13/2014 | JPF ⑤ | Office conference with L. Vandesteeg re plan (.7); review plan (2.2); telephone conference with Bank and Debtor (.6). | T | 3.50 | 400.00 | 1,400.00  −280.00 |
| 10/13/2014 | EBV | Conference with J. Friedland regarding Debtor's plan and prepare for call with Committee regarding same (.7); call with Scott Clar regarding Bank's position on draft plan and impact on Committee's position regarding motion to convert/dismiss (.3). | T | 1.00 | 400.00 | 400.00 |
| | | | Component Type: Fees | 9.40 | | 3,748.00 |
| | | | Matter ID: 40129-97744.010 | 9.40 | | 3,748.00 |

−280.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

ALLIANT MANUFACTURING - INVESTIGATION

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|

**Matter ID: 40129-97744.012**

**Component Type: Fees**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 6/20/2014 | JLB | Draft routine motions for Rule 2004 examinations and proposed orders for Debtor, Raani Corporation, RNS Bedford Park, LLC and Cole Taylor Bank | T | 1.30 | 370.00 | 481.00 |
| 6/20/2014 | EBV | Develop preliminary strategy for potential issues related to cash collateral and requests for information and documents from various parties. | T | 0.90 | 400.00 | 360.00 |
| 6/23/2014 | JPF | Preliminary review of Debtor documents. | T | 1.50 | 400.00 | 600.00 |
| 6/23/2014 | EBV ⑦ | Continue to preliminary strategy for potential issues related to cash collateral and requests for information and documents from various parties. | T | 3.40 | 400.00 | 1,360.00 −136.00 |
| 6/24/2014 | JLB | Revise riders to Rule 2004 motions as to Cole Taylor, RNS Bedord, Raani Corporation and the Debtor | T | 1.00 | 370.00 | 370.00 |
| 6/24/2014 | EBV | Review and analysis regarding documents provided by Debtor - revised budget for cash collateral, draft cash collateral order, recent A/R and sales, etc. | T | 1.10 | 400.00 | 440.00 |
| 6/25/2014 | JLB | Revise Raani and RNS Bedford 2004 motions to include statements made by G. Jordan at cash collateral hearing | T | 0.20 | 370.00 | 74.00 |
| 6/30/2014 | EBV | Review and revise Rule 2004 motions and riders. | T | 0.70 | 400.00 | 280.00 |
| 7/1/2014 | JLB | Revise 2004 motions for RNS Bedford, Raani and Cole Taylor per L. Vandesteeg comments and file same | T | 0.90 | 370.00 | 333.00 |
| 7/1/2014 | EBV | Continue to revise riders for Rule 2004 motions directed at Raani, RNS and Cole Taylor and document requests directed at Debtor (.2); conference with J. Burns regarding same (.2); Review Debtor's certificates of liability insurance (.2). | T | 0.60 | 400.00 | 240.00 |
| 7/2/2014 | EBV | Continue review and analysis of documents produced to date by Debtor and Cole Taylor Bank. | T | 0.60 | 400.00 | 240.00 |
| 7/7/2014 | JLB | Review correspondence from S. Clar regarding document requests to debtor and draft response to same | T | 0.50 | 370.00 | 185.00 |
| 7/7/2014 | EBV | Draft response to Clar correspondence related to document requests. | T | 0.60 | 400.00 | 240.00 |
| 7/8/2014 | JLB | Attend meeting with debtors and Cole Taylor Bank | NC | 1.70 | 0.00 | 0.00 |

−136.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - INVESTIGATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| 7/8/2014 | EBV | Attend meeting with Bank, Debtor, Raani to discuss continued use of cash collateral. | T | 1.80 | 400.00 | 720.00 |
| 7/9/2014 | JLB | Revise response letter to S. Clar regarding issues with document requests | T | 0.40 | 370.00 | 148.00 |
| 7/10/2014 | EBV | Review and revise correspondence to Debtor's counsel regarding Committee's document requests (.2); review Debtor's Motion to Employ Special Litigation Counsel (.3). | T | 0.50 | 400.00 | 200.00 |
| 7/10/2014 | JLB | Attend 341 creditors' meeting and update to J. Friedland and L. Vandesteeg regarding same (1.2); finalize and send letter to S. Clar regarding document requests | T | 1.20 | 370.00 | 444.00 |
| 7/14/2014 | EBV | Analysis regarding Debtor's motion to employ special counsel (.4); various communications with Debtor's counsel regarding specific questions regarding same (.3). | T | 0.70 | 400.00 | 280.00 |
| 7/15/2014 | EBV | Emails with Debtor's counsel regarding proposed order for motion to employ special counsel (.2); review Asset Purchase Agreement between Debtor and Raani (.6). | T | 0.90 | 400.00 | 360.00 |
| 7/16/2014 | EBV ⑦ | Attention to revising, finalizing and issuing document requests riders to CTB/Raani/RNS to reflect information learned from Debtors' counsel; communications with Debtor's counsel regarding status of document requests. | T | 0.50 | 400.00 | 200.00  _-20.00_ |
| 7/17/2014 | JLB | Revise subpoena riders to Cole Taylor, Raani and RNS Bedford; draft notices of subpoenas and subpoenas for same (1.1); file same (.4); ①② correspondence to G. Spathis and G. Jordan regarding same (.1) | T | 1.70 | 370.00 | 629.00  _-148.00_ |
| 7/21/2014 | EBV | Various communications with Scott Clar regarding additional requests for documents and information regarding financial issues. | T | 0.70 | 400.00 | 280.00 |
| 7/24/2014 | EBV | Review documents provided by Debtors (.3) and multiple communications with Debtor's counsel regarding payment to utilities and other issues raised in connection with cash collateral budget and regarding investigation against Raani (.8). | T | 1.10 | 400.00 | 440.00 |
| 7/28/2014 | EBV | Begin drafting list of topics and questions for Committee to discuss with Debtor (1.0); emails with Committee chairman and Debtor's counsel coordinating meeting (.2); call with J. Torf at Cole Taylor regarding status of document production (.2); review weekly updates on budget/variance and A/R (.3). | T | 1.70 | 400.00 | 680.00 |

_-168.00_

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - INVESTIGATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended | |
|------|------|-----------|---------------------|-------|-------|----------|---|
| 7/29/2014 | EBV | Continue to draft topics for Committee to discuss with Debtor (.2). | T | 0.20 | 400.00 | 80.00 | |
| 7/30/2014 | EBV | Review additional APA related documents provided by Debtor and determine what missing from schedules; communications with Debtor's counsel regarding same (.8); update list of discussion points for meeting with Saeed (.5). | T | 1.30 | 400.00 | 520.00 | |
| 7/31/2014 | EBV | Continue to revise list of discussion points for meeting. | T | 0.40 | 400.00 | 160.00 | |
| 8/1/2014 | EBV | Begin drafting confidentiality agreement for Committee to view Debtor documents. ① | T | 1.10 | 400.00 | 440.00 | _33.00 |
| 8/5/2014 | JPF | Prepare for meeting with Debtor at Debtor's business (2.5); attend meeting (1.5); travel to and from (3.0) (billed at half time). | T | 5.50 | 400.00 | 2,200.00 | |
| 8/8/2014 | JLB ⑤ | Receipt and review of Cole Taylor's objections to Rule 2004 requests. | T | 0.20 | 370.00 | 74.00 | _74.00 |
| 8/8/2014 | EBV | Review and analysis CTB's responses and objections to the Committee's Rule 2004 requests. | T | 0.40 | 400.00 | 160.00 | |
| 8/13/2014 | EBV ① ⑦ | Multiple various communications with counsel for Raani and CTB regarding outstanding 2004 requests. | T | 1.10 | 400.00 | 440.00 -44.00 | |
| 8/14/2014 | EBV | Call with George Spathis regarding issues related to Cole Taylor Bank 2004 production. | T | 0.60 | 400.00 | 240.00 | |
| 8/14/2014 | JLB | Conference call with L. Vandesteeg and G. Spathis regarding Cole Taylor document production issues (.4). | T | 0.40 | 370.00 | 148.00 | |
| 8/19/2014 | EBV | Communications and strategy related Cole Taylor production (.4); review Raani and CTB documents (1.1). | T | 1.50 | 400.00 | 600.00 | |
| 8/21/2014 | EBV ⑦ | Prepare for and participate in meeting with Scott Clar, Saeed Khan and Tyler Manic regarding Debtor litigation against Raani and other issues. | T | 1.20 | 400.00 | 480.00 -48.00 | |
| 8/21/2014 | JLB | Meeting with L. Vandesteeg, S. Clar and T. Manic regarding Raani litigation ⑤ | T | 1.00 | 370.00 | 370.00 -370.00 | |
| 8/26/2014 | EBV | Communications with counsel for Cole Taylor and Raani regarding outstanding document productions (.4). | T | 0.40 | 400.00 | 160.00 | |
| 8/27/2014 | EBV | Emails with Greg Jordan regarding status of Raani and RNS document (.2); review adversary complaint filed against Raani/Rashid (.3). | T | 0.50 | 400.00 | 200.00 | |
| 8/28/2014 | JLB ⑤ | Cole Taylor document review at G Spathis office with L. Vandesteeg | T | 1.80 | 370.00 | 666.00 _666.00 | |

_1235.00

# Fee Petition Billed Report

matter id contains '40129-97744' and date between 6/1/14 and 10/31/14 and fees and not hidden

**ALLIANT MANUFACTURING - INVESTIGATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|--------------------|-------|-------|----------|
| 8/28/2014 | EBV | Review of CTB dox and flag for copying. | T | 2.70 | 400.00 | 1,080.00 |
| 9/3/2014 | EBV | Communications with counsel for Raani/RNS regarding continued failure to abide by Rule 2004 subpoena and warning of need for motion to compel. | T | 0.20 | 400.00 | 80.00 |
| 9/9/2014 | EBV | Call with counsel for Raani regarding status of document production and cash collateral order. | T | 0.20 | 400.00 | 80.00 |
| 9/11/2014 | EBV | Communications with Greg Jordan regarding Raani document production. | T | 0.20 | 400.00 | 80.00 |
| 9/30/2014 | JLB | Correspondence to G. Spathis regarding document production issues | T | 0.10 | 370.00 | 37.00 |
| 10/15/2014 | JLB | Begin drafting motion to extend investigation deadline | T | 0.40 | 370.00 | 148.00 |
| 10/16/2014 | JLB | Finish drafting motion to extend investigation deadline | T | 1.00 | 370.00 | 370.00 |
| 10/17/2014 | EBV | Review motion to extend deadline to object to MB's liens. | T | 0.40 | 400.00 | 160.00 |
| 10/20/2014 | JLB ⑦ | Incorporate L. Vandesteeg comments into Motion to Extend Investigation Deadline; review and finalize same for filing; review and revise proposed order drafted by Y. Pinkney | T | 0.50 | 370.00 | 185.00  −18.50 |
| 10/20/2014 | YXP ④②⑦ | Prepare Proposed Order regarding the Motion to Extend Investigation Deadline and electronically filed same with the Northern District of Illinois Bankruptcy ECF filing system (1.0) | T | 1.00 | 345.00 | 345.00  −345.00 |
| 10/21/2014 | JLB | Review notes on remaining document production issues and telephone call with G. Spathis regarding same | T | 0.20 | 370.00 | 74.00 |
| 10/31/2014 | JLB | Review documents provided by MB Financial to determine validity and priority of purported liens | T | 1.50 | 370.00 | 555.00 |
| 10/31/2014 | JRC | Request a copy of UCC Financing Statements from the Illinois Secretary of State | T | 0.30 | 345.00 | 103.50 |
| | | Component Type: Fees | | 52.50 | | 19,819.50 |
| | | Matter ID: 40129-97744.012 | | 52.50 | | 19,819.50 |
| | | Grand Total | | 268.20 | | 99,749.00 |

−363.50

# Transactions Listing

**Alliant Manufacturing, LLC - Official   40129-97744**
**ALLIANT MANUFACTURING - CREDITORS COMMITTEE - DO NOT USE FOR TIME**

| Date | Prof | Narrative | Units | Price | Extended Amount |
|------|------|-----------|-------|-------|-----------------|
| **Component Type: Hard Costs** | | | | | |
| **Task Code:** | | | | | |
| 6/19/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 13.72 | 13.72 |
| 6/26/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 13.06 | 13.06 |
| 7/11/2014 | | Advance to:  Intercall - Intercall Teleconference Service | 1.00 | 8.65 | 8.65 |
| 7/24/2014 | | Advance to:  Intercall - Intercall Teleconference Service | 1.00 | 18.01 | 18.01 |
| 7/30/2014 | | Advance to:  Intercall - Intercall Teleconference Service | 1.00 | 9.58 | 9.58 |
| 8/13/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 17.49 | 17.49 |
| 8/21/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 6.29 | 6.29 |
| 9/3/2014 | JLB | Ground Transportation "Alliant Manufacturing" | 1.00 | 17.80 | 17.80 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.66 | 0.66 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.70 | 0.70 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.70 | 0.70 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.18 | 0.18 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.38 | 0.38 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.17 | 0.17 |
| 9/3/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.15 | 0.15 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.26 | 2.26 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.50 | 2.50 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.30 | 2.30 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.30 | 2.30 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.38 | 2.38 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.38 | 2.38 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 1.64 | 1.64 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.04 | 0.04 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 0.27 | 0.27 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 1.44 | 1.44 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 2.93 | 2.93 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 1.29 | 1.29 |
| 9/11/2014 | | Advance to:  Intercall - Telephone Conference Service | 1.00 | 1.10 | 1.10 |
| 9/16/2014 | KMC | Miscellaneous expenses "Alliant Manufacturing" | 1.00 | 9.00 | 9.00 |
| 9/18/2014 | IK | Electronic Advance Court Filing Fee - | 1.00 | 15.00 | 15.00 |
| 10/31/2014 | | Advance to:  National Corporate Research, Ltd. - re: Governmental Filing/Document Retrieval Fees | 1.00 | 65.50 | 65.50 |
| | | **Task Code:** | **31.00** | | **219.87** |
| | | **Component Type: Hard Costs** | **31.00** | | **219.87** |
| | | **Grand Total** | **31.00** | | **219.87** |

$-139.37$

matter id begins with 40129-97744 and date is between 6/1/14 and 10/31/14 and hard costs and component do RAP and not hidden
Transactions Listing w ext amt. Single matter Tasks

# Transactions Listing

**Alliant Manufacturing, LLC - Official**   40129-97744
**ALLIANT MANUFACTURING - CREDITORS COMMITTEE - DO NOT USE FOR TIME**

| Date | Prof | Narrative | Units | Price | Extended Amount |
|------|------|-----------|-------|-------|------------------|
| **Component Type: Soft Costs** | | | | | |
| **Task Code:** | | | | | |
| 7/17/2014 | | Duplicating Charges *Copies?* | 11.00 | 0.10 | 1.10 |
| 7/17/2014 | | Duplicating Charges | 12.00 | 0.10 | 1.20 |
| 7/17/2014 | | Duplicating Charges | 11.00 | 0.10 | 1.10 |
| 7/24/2014 | | Duplicating Charges | 1.00 | 0.10 | 0.10 |
| 8/5/2014 | | Duplicating Charges | 143.00 | 0.10 | 14.30 |
| 8/5/2014 | | Duplicating Charges | 175.00 | 0.10 | 17.50 |
| 8/13/2014 | | Long Distance Telephone | 1.00 | 0.70 | 0.70 |
| 8/28/2014 | | Duplicating Charges | 5.00 | 0.10 | 0.50 |
| 8/28/2014 | | Duplicating Charges | 121.00 | 0.10 | 12.10 |
| 8/28/2014 | | Duplicating Charges | 106.00 | 0.10 | 10.60 |
| 9/4/2014 | | Duplicating Charges | 1.00 | 0.10 | 0.10 |
| 9/5/2014 | | Duplicating Charges | 96.00 | 0.10 | 9.60 |
| 9/9/2014 | | Duplicating Charges | 194.00 | 0.10 | 19.40 |
| 9/9/2014 | | Duplicating Charges | 4.00 | 0.10 | 0.40 |
| 9/10/2014 | | Duplicating Charges | 98.00 | 0.10 | 9.80 |
| 9/12/2014 | | Duplicating Charges | 5.00 | 0.10 | 0.50 |
| 9/18/2014 | | Duplicating Charges | 900.00 | 0.10 | 90.00 |
| 9/18/2014 | | Duplicating Charges | 900.00 | 0.10 | 90.00 |
| 9/18/2014 | | Duplicating Charges | 2,328.00 | 0.10 | 232.80 |
| 9/19/2014 | | Postage | 34.00 | 1.61 | 54.74 |
| 9/19/2014 | | Postage | 175.00 | 1.61 | 281.75 |
| 9/23/2014 | | Duplicating Charges | 183.00 | 0.10 | 18.30 |
| 9/23/2014 | | Duplicating Charges | 2.00 | 0.10 | 0.20 |
| 9/26/2014 | | Duplicating Charges | 177.00 | 0.10 | 17.70 |
| 9/26/2014 | | Duplicating Charges | 177.00 | 0.10 | 17.70 |
| 10/2/2014 | | Duplicating Charges | 156.00 | 0.10 | 15.60 |
| 10/16/2014 | | Duplicating Charges | 165.00 | 0.10 | 16.50 |
| 10/29/2014 | | Duplicating Charges | 186.00 | 0.10 | 18.60 |
| 10/29/2014 | | Duplicating Charges | 3.00 | 0.10 | 0.30 |
| 10/29/2014 | | Duplicating Charges | 34.00 | 0.10 | 3.40 |
| 10/29/2014 | | Duplicating Charges | 1.00 | 0.10 | 0.10 |
| 10/29/2014 | | Long Distance Telephone | 1.00 | 1.70 | 1.70 |
| | | **Task Code:** | 6,406.00 | | 958.39 |
| | | **Component Type: Soft Costs** | 6,406.00 | | 958.39 |
| | | **Grand Total** | 6,406.00 | | 958.39 |

-338.89