**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



FILED

NOV 26 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
)
ALLIANT MANUFACTURING, LLC, )   Case No. 14 B 21229
)
)
)   Chapter 11
Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING**
**APPLICATION OF CRANE, HEYMAN, SIMON, WELCH & CLAR,, ATTORNEYS FOR DEBTOR, FOR**
**ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $120,705.00 | TOTAL COSTS REQUESTED: | $2,553.10 |
| TOTAL FEES REDUCED: | $11,818.00 | TOTAL COSTS REDUCED: | $0 |
| TOTAL FEES ALLOWED: | $108,887.00 | TOTAL COSTS ALLOWED: | $2,553.10 |

**TOTAL FEES AND COSTS ALLOWED: $111,440.10**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)     Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re*

*Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)     Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(5)     Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: November 26, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 06/03/14 | Met with Rizwan Khan, Saeed Khan and Tom Gruenwald re: chapter 11 case. | SRC | 2.00 |
| | Telephone conference with David O'Keefe re: filing chapter 11 case and seller issues. | SRC | 0.20 |
| 06/04/14 | Telephone conferences with Saeed Khan and Rizwan Khan re: documents necessary for filing. | SRC | 0.30 |
| 06/05/14 | Telephone conferences with Saeed Khan re: source of retainer. | SRC | 0.50 |
| | Met with T. Gruenwald, R. Khan and S. Khan re: filing chapter 11 case. | SRC | 2.00 |
| | ⑤ Meet with clients re: filing Chapter 11 Petition and First Day Motions | BPW | 2.00 −2.00 hrs −590.00 |
| | Review documentation provided by clients prior to meeting to discuss nuts and bolts of Chapter 11 filing | BPW | 1.40 |
| | Draft Motion to Use Existing Bank Accounts | BPW | 0.60 |
| 06/06/14 | Review and revise customers letters. | SRC | 0.50 |
| | Draft Motion to Use Existing Bank Accounts | BPW | 1.20 |
| | Revise Motion to Pay Pre-Petition Payroll | BPW | 0.10 |
| | Conference with S. Clar to discuss issues involving timing of filing and date of hearing first week motions | BPW | 0.20 |
| | Correspondence with Creditors' counsel re: timing of hearings on first day motions | BPW | 0.20 |
| 06/09/14 | Telephone conference with Saeed Khan re: first day motions. | SRC | 0.20 |
| | Telephone conference with Scott King re: creditor inquiry. | SRC | 2.00 |
| | Telephone conference with "Ruth" re: letter to customers. | SRC | 0.20 |
| | Telephone conference with Andrea Shillac re: creditor inquiry. | SRC | 0.20 |

−590.00

| | | | |
|---|---|---|---|
| | Telephone conference with Reese Carter re: status of chapter 11 case. | SRC | 0.20 |
| | Telephone conferences with Steve Chaiken re: creditor inquiry. | SRC | 0.20 |
| | Draft/revise Motion to Use Existing Bank accounts and finalization of the same for filing | BPW | 0.80 |
| 06/10/14 | Telephone conference with Micro Scientific re: creditor inquiry. | SRC | 0.20 |
| | Telephone conference with Dan Dunwoody re: creditor inquiry. | SRC | 0.20 |
| 06/12/14 | Telephone conference with Keith Robertson re: customer inquiry. | SRC | 0.20 |
| 06/16/14 | Draft, review and revise motion to provide adequate assurance re: utilities. | SRC | 0.60 |
| | ① Draft, review and revise motion to employ attorneys. | SRC | 1.10 -214.50 |
| 06/18/14 | Drafting of correspondence to vendors and creditors re:filing. | SRC | 0.50 |
| 06/19/14 | Review and analysis of "investor agreements." | SRC | 0.50 |
| | Telephone conference with Saeed Khan and Rizwan Khan re; "investment agreements." | SRC | 0.20 |
| 06/20/14 | Telephone conference with Saeed Khan re: questions on schedules. | SRC | 0.20 |
| 06/23/14 | ① Draft, review and revise schedules and statement of financial affairs. | SRC | 0.80 -156.00 |
| | Met with Saeed Khan re; schedules, cash collateral usage and IDI. | SRC | 0.70 |
| | ⑦ Prepared for and attended Initial Debtor Interview. | SRC | 1.00 -49.00 |
| | Review and analysis of current a/r and inventory. | SRC | 0.50 |
| 06/26/14 | Telephone conference with Joann Richkus re: C2C collection efforts. | SRC | 0.20 |
| | Telephone conference with John Jacobs re: premium financing. | SRC | 0.20 |
| 06/27/14 | Drafting of motion to enter into premium finance agreement. | SRC | 1.20 |

-419.50

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Met with Saeed Khan and Rizwan Khan re: chapter 11 issues/ | SRC | 1.00 |
| 06/30/14 | Conference with S. Clar re: insurance, finance contract/motion | JCD | 0.20 |
| | Review of insurance finance contract | JCD | 0.30 |
| | Conference with client to review/edit schedules. | BPW | 1.70 |
| | Drafting of schedules and statement of affairs together with client meeting to draft. | JHR | 1.50 |
| 07/01/14 | Drafting of statement of affairs and review of documents for that purpose. | JHR | 0.20 |
| 07/02/14 | Drafting of Motion to Approve Insurance Financing Contract | JCD | 1.40 |
| | Review and analysis of First Insurance premium financing agreement. | SRC | 0.30 |
| | Review and revise First Insurance motion for payment. | SRC | 1.00 |
| | Telephone conference with Greg Jordan re: premium finance motion. | SRC | 0.20 |
| | Review and revise premium finance motion with First Insurance. | SRC | 0.50 |
| | Review and revise schedules and SOFA. | SRC | 0.50 |
| 07/03/14 | Review and revise schedules with Saeed Khan. | SRC | 3.00 |
| | Telephone conferences with Saeed Khan re: changes to schedules. | SRC | 0.30 |
| 07/07/14 | Drafting of motion to employ Schain Banks as special counsel, along with affidavit and order. | SRC | 1.30 |
| | Review and revise motion to employ Schain Banks as special counsel. | SRC | 0.50 |
| 07/09/14 | Review and revise motion to employ Schain Banks as special counsel. | SRC | 0.30 |
| | Drafting of motion and order re: setting bar date. | SRC | 0.30 |

*(handwritten: ⊙₂ —58.50)*

*(handwritten: ① —253.50)*

*(handwritten: —312.00)*

| | | | | |
|---|---|---|---|---|
| 07/10/14 | Preparation for first meeting of creditors. | SRC | 0.80 | |
| | Attended first meeting of creditors. | SRC | 1.00 | |
| | Telephone conference with Saeed Khan re: Rizwan loan repayment. | SRC | 0.20 | |
| 07/14/14 | Telephone conference with Mike Leibowitz re: post-petition debt. | SRC | 0.20 | |
| | Telephone conferences with Mike Leibowitz and Joanne Richkus re: payment of Saire One Packaging debt. | SRC | 0.30 | |
| 07/15/14 | Prepared for and attended hearing re: motion to enter into commercial premium finance agreement. | SRC | 0.80 | -39.20 |
| | Telephone conference with Steve Wolfe re: motion to employ special counsel. | SRC | 0.20 | |
| 07/22/14 | Review and analysis of email from Gregg Jordan re: cash collateral budget. | SRC | 0.10 | |
| 07/24/14 | Telephone conference with Ben Bleadon re: Blue Cross payment. | SRC | 0.30 | |
| | Telephone conferences with Ben Bleadon re: Blue Cross payment. | SRC | 0.20 | |
| 07/25/14 | Telephone conference with Ben Bleadon re: Blue Cross issue. | SRC | 0.20 | |
| 07/29/14 | Emails to and from Saeed Khan re: monthly reports. | SRC | 0.20 | |
| | Emails to end from Joanne Richkus re: documents to provide to all parties. | SRC | 0.20 | |
| | Telephone conference with Joanna Richkus re: financial information to be sent to creditors. | SRC | 0.20 | |
| | Telephone conference with Saeed Khan re: monthly reports. | SRC | 0.20 | |
| 07/31/14 | Draft, review and revise motion to employ accountants. | SRC | 1.10 | -214.50 |
| 08/01/14 | Telephone conference with Kevin Monahan at All American Sign re: unsecured claim. | SRC | 0.20 | |
| 08/07/14 | Conference with S. Clar re: payroll issues | JCD | 0.20 | |

-253.70

| Date | Description | | |
|---|---|---|---|
| 08/11/14 | Telephone conferences with pre-petition creditor re: request for "critical vendor status" | SRC | 0.20 |
| 08/14/14 | Telephone conference with Saeed Khan re: payment of UST fees. | SRC | 0.20 |
| 08/27/14 | Telephone conferences with Craig Graff and Saeed Khan re: payment of insider debt within one year. | SRC | 5.00 |
| 09/05/14 | Telephone conference with Sharon Donahoo at Phenix Label. | SRC | 0.20 |
| | Draft, review and revise motion for adequate assurance re: utility companies. | SRC | 1.00 |
| 09/08/14 | Telephone conference with Sharon Donahoo re: unsecured claim. | SRC | 0.20 |
| 09/12/14 | Review of July monthly report and emails to and from Craig Graff and Joann Richkus re: same. | SRC | 0.60 |
| | Telephone conference with Craig Graff re: monthly report and other financial issues. | SRC | 0.50 |
| 09/15/14 | Review and analysis of Craig Graff review of July monthly report. | SRC | 0.20 |
| 09/16/14 | Email to Gregg Wirtschereck re: employment of accountants. | SRC | 0.20 |
| | Review and analysis of August monthly report. | SRC | 0.30 |
| 09/19/14 | Review and analysis of objection to motion to extend to time to assume or reject lease | SRC | 0.20 |
| 10/10/14 | Telephone conference with Alliant Benefits re: annual fee issue. | SRC | 0.20 |
| 10/13/14 | Telephone conference with Brent Huntling re: Alliant to benefit COBRA payment. | SRC | 0.20 |
| 10/16/14 | Telephone conference with Ron Peterson re: late filed DIP Claim. | SRC | 0.20 |
| | Telephone conference with Rizwan Khan re: Alliant Products capital contribution. | SRC | 0.20 |
| | ①Drafting of escrow agreement for professional fees. | SRC | 1.00 −195.00 |
| 10/17/14 | Telephone conference with Jason Torf. re: escrow agreement. | SRC | 0.20 |

−195.00

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 06/04/14 | Telephone conferences with Tom Gruenwald re: Cole Taylor letters to customers. | SRC | 0.20 | |
| 06/05/14 | Review and analysis of Cole Taylor and Choudary loan documents. | SRC | 1.00 | |
| ① | Drafting of motion of motion to pay payroll and cash collateral motion. | SRC | 0.50 | -97.50 |
| | Review and analysis of Cole Taylor and Raani loan documents. | SRC | 0.70 | |
| 06/06/14 | Telephone conference with Saeed Khan and email to Marty Saltzman re: first day motions. | SRC | 0.60 | |
| | Review and revise first day motions. | SRC | 1.00 | |
| | Review and revise first day motions. | SRC | 2.00 | |
| | Revise Motion to Use Cash Collateral | BPW | 0.10 | |
| 06/09/14 | ⑦ Review and revise motion to use cash collateral, pay pre-petition payroll and use existing bank accounts. | SRC | 1.30 | -63.70 |
| | Telephone conference with Marty Saltzman re: use of cash collateral. | SRC | 0.20 | |
| | Correspondence with lenders' counsel re: upcoming hearings on first day Motions and nature of motions to be filed | BPW | 0.30 | |
| 06/10/14 | Telephone conference with Jason Torf re: Cole Taylor's position on use of cash collateral | SRC | 0.30 | |
| 06/11/14 | Telephone conference with George Spathis re: cash collateral usage. | SRC | 0.20 | |
| | Telephone conference with Saeed Khan re: cash collateral usage. | SRC | 0.20 | |
| | Telephone conference with Greg Jordan re: cash collateral usage. | SRC | 0.20 | |
| 06/12/14 | Prepared for and attended hearing re: use of cash collateral, pre-petition payroll and to use existing bank accounts. | SRC | 0.50 | |
| | Telephone conference with "Gary" re: receiving orders. | SRC | 0.20 | |

161.20

| | | | | |
|---|---|---|---|---|
| 06/17/14 | Telephone conference with R. Khan, S. Khan and T. Gruenwald re: cash collateral issues. | SRC | 0.50 | |
| 06/18/14 | Telephone conference with George Spathis re: cash collateral issues. | SRC | 0.20 | |
| 06/19/14 | Drafting of correspondence to George Spathis re: "Investor Agreements." | SRC | 0.30 | |
| 06/23/14 | Telephone conferences with Saeed Khan and George Spathis re: cash collateral issue. | SRC | 0.30 | |
| 06/24/14 | ⑤ Strategy conference with S. Clar re: cash collateral order | AGS | 1.50 | – 735.00 |
| | ⑤ Numerous teleconferences with S. Clar and representatives of client re: cash collateral issues | AGS | 1.00 | –490.00 |
| | Review and analysis of email from Gregg Jordan re: cash collateral and response thereto. | SRC | 0.30 | |
| | Review and analysis of revised budget and telephone conference with Saeed Khan re: same. | SRC | 0.70 | |
| | Draft second interim cash collateral order. | SRC | 0.30 | |
| | Emails to and from Greg Jordan and George Spathis re: cash collateral budget. | SRC | 0.60 | |
| | Interoffice conference with Arthur Simon and telephone conference with Saeed Khan and George Spathis re: cash collateral usage. | SRC | 1.50 | |
| | Review and revise cash collateral order. | SRC | 0.50 | |
| 06/25/14 | Strategy conference with S. Clar re: cash collateral order | AGS | 0.20 | |
| | ⑦ Prepared for and attended hearing re: use of cash collateral, including meeting with Saeed Khan to prepare. | SRC | 2.80 | –137.20 |
| | Drafting of correspondence to George Spathis re: :Harris bank account. | SRC | 0.50 | |
| 06/26/14 | Strategy conference with S. Clar re: preparation for cash collateral hearing | AGS | 0.20 | |
| | Telephone conferences with Saeed Khan re: meeting with Cole Taylor. | SRC | 0.20 | |

–1362.20

| | | | |
|---|---|---|---|
| | Emails to and from Saeed Khan re: bank document requests. | SRC | 0.20 |
| 06/27/14 | Review, analysis and response to emails from George Spathis re: document requests. | SRC | 0.50 |
| 07/01/14 | Telephone conferences with Saeed Khan and George Spathis re: cash collateral. | SRC | 0.30 |
| | Emails to and from Saeed Khan re: cash collateral. | SRC | 0.30 |
| | Telephone conference w/client re: setoff by Cole Taylor in May 2014. | JHR | 0.10 |
| 07/02/14 | Telephone conference with Saeed Khan re: new budget and variance report. | SRC | 0.20 |
| | Review and analysis of latest budget and variance report. | SRC | 0.20 |
| 07/03/14 | Telephone conference with Saeed Khan re: revised budget. | SRC | 0.20 |
| 07/07/14 | Telephone conference with Saeed Khan re: 13-week budget and variance report. | SRC | 0.20 |
| 07/08/14 | Telephone conference with Saeed Khan re: 13-week budget. | SRC | 0.10 |
| | Prepared for and attended meeting at Cole Taylor Bank. | SRC | 2.00 -98.00 |
| | Draft, review and revise third interim cash collateral order. | SRC | 0.60 |
| | Telephone conference with Saeed Khan re: 13-week budget. | SRC | 0.20 |
| | Emails to and from George Spathis and Greg Jordan and telephone conference with Saeed Khan re: cash collateral. | SRC | 0.50 |
| 07/09/14 | Met with Saeed Khan re: preparation for hearing on use of cash collateral. | SRC | 0.80 |
| | Prepared for and attended hearing on use of cash collateral. | SRC | 1.00 -49.00 |
| 07/10/14 | Drafting of correspondence to Saeed Khan re: third interim cash collateral order and employment of Committee counsel. | SRC | 0.20 |

-147.00

| Date | Description | | Amount |
|---|---|---|---|
| 07/15/14 | Telephone conference with Saeed Khan re: budget variance report. | SRC | 0.20 |
| | Review and analysis of latest budget variance report and telephone conference with Saeed Khan re: same. | SRC | 0.50 |
| | Telephone conference with Joanne Richkus re: reimbursement of trade show expenses. | SRC | 0.30 |
| 07/21/14 | Telephone conferences with Lisa Vandesteeg re: qu;estions for use of cash collateral. | SRC | 0.30 |
| | Telephone conferences with Saeed Khan re: cash collateral issues. | SRC | 0.50 |
| 07/22/14 | Telephone conference with Charlie Winternitz re: list of machinery and equipment. | SRC | 0.20 |
| | ⑤ Prepared for and attended hearing on use of cash collaterl order. | SRC | 1.70 -83.30 |
| | (14) Prepared for and attended hearing on use of cash collateral order. | SRC | 1.70 -833,00 |
| | Drafting of fourth interim cash collateral order. | SRC | 0.50 |
| | Emails to and from Gregg Jordan and Saeed Khan re: budget questions. | SRC | 0.20 |
| 07/24/14 | Review and revise 4th interim cash collateral order. | SRC | 0.50 |
| 07/31/14 | Telephone conference with Saeed Khan re: budget issues. | SRC | 0.20 |
| | Telephone conference with Saeed Khan re: budget issues. | SRC | 0.20 |
| 08/04/14 | Telephone conference with Jason Torf re: cash collateral and employment of consultant. | SRC | 0.30 |
| | Review and analysis of variance budget. | SRC | 0.20 |
| 08/05/14 | Review and analysis of proposed changes to cash collateral order and conference with Jason Torf re: same. | SRC | 0.50 |
| 08/06/14 | Met with Saeed Khan re: cash collateral order. | SRC | 0.50 |
| | Review and revise cash collateral order. | SRC | 0.30 |
| | Telephone conference with Greg Jordan re: cash collateral usage. | SRC | 0.10 |

916.30

| | | | | |
|---|---|---|---|---|
| | ⑦ Prepared for and attended hearing re: use of cash collateral. | SRC | 2.00 | −98.00 |
| 08/07/14 | Telephone conference with Saeed Khan re; cash collateral issue. | SRC | 0.20 | |
| | Telephone conference with Saeed Khan re: cash collateral issue. | SRC | 0.10 | |
| 08/13/14 | Telephone conference with Greg Jordan re: budget issues. | SRC | 0.20 | |
| 08/15/14 | Telephone conference with Jamie Burns and Lisa Vandesteeg re: cash collateral issues. | SRC | 0.20 | |
| 08/18/14 | Telephone conference with Joann Richkus re: cash collateral issues. | SRC | 0.20 | |
| | Telephone conference with Saeed Khan re: cash collateral issues. | SRC | 0.20 | |
| | Review and analysis of budget variance report. | SRC | 0.30 | |
| | Telephone conference with Saeed Khan re: budget issues. | SRC | 0.30 | |
| | Review and analysis of 13-week and 3-week budget. | SRC | 0.60 | |
| | Telephone conference with Joann Richkus re: 3-week cash collateral budget issues. | SRC | 0.20 | |
| | Drafting of sixth interim cash collateral order. | SRC | 0.60 | |
| 08/19/14 | Review and revise sixth interim cash collateral order, telephone conference with George Spathis and Jason Torf re: same. | SRC | 0.30 | |
| | Telephone conference with Jason Torf re: cash collateral issues. | SRC | 0.20 | |
| 08/20/14 | Review and analysis of revised sixth cash collateral order. | SRC | 0.20 | |
| | Telephone conference with Jason Torf re: cash collateral issues. | SRC | 0.20 | |
| | Met with Saeed Khan re: cash collateral and other issues. | SRC | 0.60 | |

−98.00

|  |  |  |  |
|---|---|---|---|
| ⑨ Prepared for and attended hearing on use of cash collateral and employment of Rally Capital. | SRC | 1.30 | −63.70 |
| Drafting of correspondence to Saeed Khan re: sixth interim cash collateral order. | SRC | 0.30 | |
| Telephone conference with Jason Torf re: cash collateral issues. | SRC | 0.20 | |
| 08/21/14 Review and analysis of variance report for 8/16/14 in light of Greg Jordan's comments. | SRC | 0.30 | |
| 08/25/14 Review and analysis of 13 week and variance budgets. | SRC | 0.60 | |
| Telephone conferences with Joann Richkus re: 13 week and variance budget. | SRC | 0.30 | |
| Review and analysis of budget variance for week ending 8/30/14 and telephone conference re: same. | SRC | 0.30 | |
| 08/27/14 Telephone conference with Saeed Khan, Craig Graff and Jason Torf re: budget issues. | SRC | 0.30 | |
| 08/28/14 Telephone conference with Joann Richkus re: variance and budget issue. | SRC | 0.20 | |
| 08/29/14 Telephone conferences with Craig Graff and Saeed Khan re: actual to budget variance review. | SRC | 0.80 | |
| 09/02/14 Review and analysis of new budget and telephone conference with Saeed Khan re: same. | SRC | 0.40 | |
| Telephone conference with Jason Torf re: cash collateral order. | SRC | 0.30 | |
| 09/03/14 Review and analysis of cash collateral order proposed by Cole Taylor Bank. | SRC | 0.50 | |
| Telephone conferences with Lisa Vandesteeg, Craig Graff and Saeed Khan re: cash collateral. | SRC | 0.40 | |
| ⑦ Prepared for and attended hearing on use of cash collateral. | SRC | 2.50 | −122.50 |
| Telephone conference with Craig Graff re: cash collateral order issues. | SRC | 0.30 | |
| Review and analysis of seventh interim cash collateral. | SRC | 0.20 | |

−186.20

| | | | |
|---|---|---|---|
| | Calls to and from C. Graff and J. Torf re: cash collateral issues. | SRC | 0.40 |
| | Telephone conference with Craig Graff re: budget. | SRC | 0.20 |
| 09/04/14 | Review and analysis of revised 4 and 13 week budgets. | SRC | 0.20 |
| | Review and analysis of revised 7th interim cash collateral order and drafting correspondence to all parties re: revised budget attached thereto. | SRC | 0.30 |
| | Telephone conference with Joann Richkus and Jason Torf re: pre-petition payments to Blue Cross. | SRC | 0.50 |
| 09/05/14 | Telephone conference with Jason Torf re: status of entry of cash collateral order. | SRC | 0.20 |
| 09/08/14 | Review and analysis of proposed Eighth Interim Cash Collateral Order. | SRC | 0.70 |
| | Drafting of correspondence to Jason Torf re: 8th interim cash collateral order comments. | SRC | 0.50 |
| | Telephone conference with Jason Torf re: 8th interim cash collateral order. | SRC | 0.20 |
| | Telephone conference with Lisa Vandesteeg re: 8th interim cash collateral order. | SRC | 0.50 |
| | Telephone conference with Craig Graff re: cash collateral issues. | SRC | 0.50 |
| 09/09/14 | Review, analyze and respond to emails from Craig Graff re: budget issues. | SRC | 0.30 |
| | Telephone conference with Craig Graff re: budget issues. | SRC | 0.20 |
| | Review and analysis of 13 week, 4 week and telephone conferences with Craig Graff re: same. | SRC | 0.70 |
| | Telephone conferences with Jason Torf re: cash collateral issues. | SRC | 0.80 |
| 09/10/14 | ⑦ Prepared for and attended hearing on use of cash collateral. | SRC | 1.80 −88.20 |
| | Met with Saeed Khan re: result of cash collateral hearing. | SRC | 0.50 |

−88.20

| Date | | Description | | Hours | |
|---|---|---|---|---|---|
| 10/13/14 | | Conference call with J. Torf, L. Vandesteeg and J. Burns and J. Friedland re: cash collateral. | SRC | 0.70 | |
| | | Prepared for cash collateral hearing. | SRC | 0.70 | |
| | | Telephone conference with Jason Torf re: hearing on use of cash collateral. | SRC | 0.20 | |
| | | Telephone conferences with Craig Graff and Jason Torf re: cash collateral hearing. | SRC | 0.70 | |
| 10/14/14 | (?) | Prepared for and attended hearing on use of cash collateral. | SRC | 5.80 -284.20 | |
| | (1) | Drafting of second emergency motion to use cash collateral. | SRC | 2.50 -487.50 | |
| | | Telephone conference with Gregg Jordan re: use of cash collateral. | SRC | 0.20 | |
| | | Telephone conferences with Jason Torf re: new motion to use cash collateral. | SRC | 0.50 | |
| 10/15/14 | (?) | Prepared for and attended hearing on use of cash collateral. | SRC | 5.20 -254.80 | |
| | | Review and analysis of proposed Tenth Interim Cash Collateral Order. | SRC | 0.50 | |
| | | Telephone conference with Craig Graff re: budget issues. | SRC | 0.20 | |
| 10/16/14 | | Review and analysis of Tenth interim cash collateral order. | SRC | 0.50 | |
| | | Telephone conference with Jason Torf re: Tenth Interim cash collateral. | SRC | 0.30 | |
| | | Telephone conference with Gregg Jordan re: Tenth Interim cash collateral order. | SRC | 0.20 | |
| 10/17/14 | | Telephone conference with Saeed Khan re: entry of cash collateral order. | SRC | 0.20 | |
| 10/20/14 | | Telephone conferences with Saeed Khan, Lisa Vandesteeg and Craig Graff re: cash colateral usage. | SRC | 0.50 | |
| | | Telephone conferences with Craig Graff and Saeed Khan re: payment to Crestmark out of cash collateral. | SRC | 0.30 | |
| | | Drafting of correspondence to Jason Torf re: $5,000 payment to Crestmark. | SRC | 0.50 | |

-1,026.50

| Date | Description | | Hours |
|---|---|---|---|
| 10/23/14 | Telephone conferences with Lisa Vandesteeg and Jason Torf re: future cash collateral status. | SRC | 0.30 |
| 10/26/14 | Emails to and from S. Khan and J. Torf re: cash collateral usage and sale process. | SRC | 0.60 |
| 10/27/14 | Telephone conference with Jason Torf and Saeed Khan re: motion to lift stay. | SRC | 0.60 |
| | Telephone conference with Lisa Vandesteeg re: MB motion to lift stay. | SRC | 0.20 |
| | ⑤ Telephone conferences with Gregg Jordan, Saeed Khan, Rizwan Khan and Tom Gruenwald re: motion to lift stay. | SRC | 0.60  -29.40 |
| | Telephone conference with Jason Torf and Saeed Khan re: hearing on motion to lift stay. | SRC | 0.50 |
| | ⑭ Telephone conference with Jason Torf re: motion to lift stay. | SRC | 0.20  -98.00 |
| | ⑭ Telephone conferences with Gregg Jordan, Saeed Khan, Rizwan Khan and Tom Gruenwald re: motion to lift stay. | SRC | 0.60  -294.00 |
| 10/28/14 | ⑰ Prepared for and attended hearing re: motion to lift stay, use of cash collateral, etc. | SRC | 2.50  -122.50 |
| | Telephone conference with Lisa Vandesteeg re: motion to convert or dismiss. | SRC | 0.20 |
| | Telephone conferences with Jason Torf and Dave O'Keefe re: motion to lift stay. | SRC | 0.60 |
| 10/29/14 | Telephone conference with Saeed Khan and emails to and from Jason Torf re: budget and sale issues. | SRC | 0.50 |
| 10/31/14 | Review and analysis of Eleventh Cash Collateral Order and telephone conference with L. Vandesteeg re: same. | SRC | 0.40 |
| | Telephone conferences with Jason Torf, Lisa Vandesteeg and Saeed Khan re: cash collateral order. | SRC | 0.80 |

Total:                                                                                                94.80

-543.90

| Date | Description | | Hours | |
|---|---|---|---|---|
| 09/06/14 | Telephone conference with Saeed Khan re: Committee concerns. | SRC | 0.30 | |
| 09/17/14 | Review and analysis of Committee motion to convert and telephone conference with L. Vandesteeg and S. Khan re: same. | SRC | 0.70 | |
| ⑤ | Review Motion to Convert filed by Creditors' Committee | BPW | 0.50 | -147.50 |
| 09/18/14 | Conference call with C. Graff and S. Khan re: Committee motion to convert or dismiss. | SRC | 0.70 | |
| | Telephone conference with Lisa Vandesteeg re: Committee motion to convert or dismiss. | SRC | 0.20 | |
| ⑦ | Prepared for and participated in conference call with L. Vandesteeg and J. Torf re: motion to convert or dismiss. | SRC | 0.50 | -24.50 |
| 10/06/14 | Telephone conference with Saeed Khan re: response to motion to convert or dismiss. | SRC | 0.30 | |
| ① | Drafting of response to motion to convert or dismiss of Committee. | SRC | 1.30 | -253.50 |
| | Review and revise response to Committee's motion to convert or dismiss. | SRC | 0.50 | |
| 10/10/14 | Telephone conference with Lisa Vandesteeg re: Committee motion to convert or dismiss. | SRC | 0.20 | |
| | Telephone conferences with Saeed Khan and Jason Torf re: motion to convert or dismiss. | SRC | 1.00 | |
| 14 | Telephone conferences with Saeed Khan and Jason Torf re: motion to convert or dismiss. | SRC | 1.00 | -490.00 |
| 10/11/14 | Telephone conference with Lisa Vandesteeg re: Committee motion to convert or dismiss. | SRC | 0.20 | |
| | Telephone conference with Saeed Khan re: Committee motion to convert or dismiss. | SRC | 0.20 | |
| 10/13/14 | Telephone conference with Lisa Vandesteeg re: Committee motion to dismiss. | SRC | 0.50 | |
| 10/23/14 | Telephone conference with Saeed Khan re: MB and Committee positions on motion to convert or dismiss. | SRC | 0.20 | |

-915.50

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 06/10/14 | Review and analysis of Chaudary employment agreement. | SRC | 0.50 |
|  | Emails to and from Tyler Manic re: Chaudary employment agreement. | SRC | 0.30 |
| 06/12/14 | Review and analysis of Tyler Manic letter to Raani re: claims against Raani. | SRC | 0.50 |
| 06/16/14 | ⑦ Prepared for and attended creditor formation meeting. | SRC | 1.00 - 49.00 |
| 06/18/14 | ⑤ Conference w/client and S. Clar and Special Counsel re: strategy re: Raani and Rashid Chaudary issues. | JCD | 1.50 - 622.50 |
|  | Met with S. Khan, R. Khan, T. Gruenwald, J. Dan, T. Manic and D. O'Keefe re: Raani and Chaudary issues. | SRC | 1.50 |
| 06/19/14 | Telephone conference with Greg Jordan re: email regarding sale. | SRC | 0.20 |
|  | Emails to and from Greg Jordan re: sale of assets. | SRC | 0.60 |
|  | Drafting of correspondence to Lisa Vandesteeg re: Ranni and RNS Bedford Park documents. | SRC | 0.50 |
| 07/02/14 | Drafting of correspondence to Jamie Burns re: document requests. | SRC | 0.40 |
|  | Telephone conference with L. Vansteeg and J. Burns re: document request. | SRC | 0.20 |
| 07/08/14 | ⑦ Attended hearing re: Committee motion and conference with Lisa Vandesteeg re: same. | SRC | 0.70 - 34.30 |
| 07/10/14 | Review and analysis of Tyler Manic's letter to Greg Jordan re: Raani asset purchase representations. | SRC | 0.50 |
| 07/14/14 | Telephone conferences with Lisa Vandesteeg and Dave O'Keefe re: employment of special counsel. | SRC | 0.30 |
| 07/16/14 | ⑤ Conference with S. Clar re: strategy re: filing adversary claim and landlord issues | JCD | 0.30 - 124.50 |
|  | ⑦ Prepared for and attended hearing re: motion to employ special counsel. | SRC | 0.80 - 39.20 |
|  | Conference with Tyler Manic and interoffice | SRC | 0.80 |

- 869.50

conference with Brian Welch and Jeffrey Dan re:
claim against Raani Corp.

| | | | |
|---|---|---|---|
| | Telephone conference with Saeed Khan and Tyler Manic re: correspondence (demand letter) to Rashid Chaudary. | SRC | 0.50 |
| | Review and revise correspondence re: termination of Rashid Chaudary's access to business premises. | SRC | 0.30 |
| | Telephone conference with Saeed Khan re: correspondencere: Choudary access. | SRC | 0.20 |
| | Telephone conference with Gregg Jordan re: Rashid Choudary's right to occupy Bedford Pk. premises. | SRC | 0.20 |
| (5) | Conference with S. Clar and J. Dan regarding procedural and substantive strategies for prosecution of claims regarding Raani Corp. | BPW | 0.30 −88.50 |
| 07/17/14 | Conference call with Tyler Manic and Saeed Khan re: lockout of Rashid Chandary. | SRC | 0.20 |
| 07/22/14 | Telephone conference with Tyler Manic re: complaint against Raani Corp. | SRC | 0.20 |
| (14) | Telephone conference with Tyler Manic re: complaint against Raani Corp. | SRC | 0.20 −98.00 |
| 07/23/14 | Telephone conference with Norm Newman re: representation of Rashed Chaudary. | SRC | 0.20 |
| | Telephone conference with Joanne Richkus and Gregg Jordan re: documents requested by Raani. | SRC | 0.20 |
| | Telephone conference with Lisa Vandesteeg re: employment of special counsel. | SRC | 0.20 |
| | Telephone conferences with Lisa Vandesteeg re: special counsel retention. | SRC | 0.50 |
| 07/24/14 | Telephone conference with Lisa Vandesteeg re: special counsel issue. | SRC | 0.20 |
| (1) | Drafting of motion and order to reject Chaudary Employment Agreement. | SRC | 0.70 −136.50 |
| | Review and revise motion to reject Chaudary employment agreement. | SRC | 0.50 |
| 07/25/14 | Review and revise motion to reject Chaudary executory contract. | SRC | 0.30 |

−323.00

| | | | |
|---|---|---|---|
| | Review and revise motion to employ financial consultant. | SRC | 0.30 |
| 07/31/14 | Telephone conference with Norm Newman re: Raani Corporation claim. | SRC | 0.20 |
| 08/13/14 | Telephone conference with Norm Newman re: payment of August rent. | SRC | 0.20 |
| | Telephone conference with Saeed Khan re: payment of August rent. | SRC | 0.20 |
| | Telephone conference with Norm Newman re: replacement check for August rent. | SRC | 0.10 |
| | Telephone conference with Saeed Khan re: employment of financial consultant. | SRC | 0.20 |
| | Telephone conferences with Greg Jordan, Saeed Khan re: 13-week budget, AM and Chaudry walk thru. | SRC | 0.30 |
| 08/14/14 | Review and analysis of draft complaint against Raani Corp. and Rashid Chaudry. | SRC | 0.80 |
| | Telephone conference with Tyler Manic re: revisions to Chaudary complaint. | SRC | 0.50 |
| 08/21/14 | ⑦ Prepared for and attended meeting with Tyler Manic, Lisa Vandesteeg, Saeed Khan and Jamie Burns re: Raani litigation. | SRC | 1.00 -49.00 |
| 08/25/14 | Review and revise verified complaint against Raani and Chaudry. | SRC | 0.50 |
| | Telephone conference with Tyler Manic re: changes to complaint. | SRC | 2.00 |
| 09/03/14 | Telephone conference with Tyler Manic re: proposed amendment to complaint against Raani. | SRC | 3.00 |
| 09/10/14 | ① Drafting of motion to extend time to assume or reject RNS lease. | SRC | 1.00 -195.00 |
| 09/15/14 | Review and revise motion to extend time to assume or reject lease. | SRC | 0.70 |
| 09/19/14 | ④ Review and analysis of positive customer letters | SRC | 0.10 -49.00 |
| 10/08/14 | Telephone conference with Tom Gruenwald re: Biocare invoice. | SRC | 0.20 |

-293.00

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 07/10/14 | Telephone conference with Saeed Khan re: employment of Chief Restructuring Officer. | SRC | 0.20 |
| | Review and analysis of retention agreement from Michael Cannon. | SRC | 0.20 |
| | Conference call with Mike Cannon and Saeed Khan re: employment of CRO. | SRC | 0.30 |
| 07/24/14 | ① Drafting of motion to employ Michael Cannon as financial consultant. | SRC | 1.30 −253.50 ① |
| 07/29/14 | Review and revise motion to employ consultant. | SRC | 0.60 |
| 07/30/14 | Telephone conference with Jason Torf re: employment of financial consultant. | SRC | 0.20 |
| | Telephone conferences with Jason Torf, Saeed Khan and Michael Cannon re: employment of financial consultant. | SRC | 0.30 |
| 07/31/14 | Telephone conference with Lisa Vandesteeg re: employment of financial consultant and payment of due diligence fee. | SRC | 0.20 |
| 08/01/14 | Telephone conference with Michael Cannon re: employment of financial consultant. | SRC | 0.20 |
| | Telephone conference with Saeed Khan re: employment of financial consultant. | SRC | 0.20 |
| 08/04/14 | Telephone conferences with Michael Cannon and Saeed Khan re: employment of consultant. | SRC | 0.30 |
| | Telephone conference with Jon Friedland re: motion to employ financial consultant. | SRC | 0.20 |
| 08/05/14 | ② Prepared for and attended hearing on motion to reject executory contract and motion to employ consultant. | SRC | 1.20 −58.80 |
| | Telephone conference with Saeed Khan re: result of motion to employ consultant. | SRC | 0.20 |
| 08/06/14 | Met with Saeed Khan re: employment of Craig Graff and Rally Capital as financial consultant. | SRC | 0.60 |
| | Telephone conference with Craig Graff re: employment as financial consultant. | SRC | 0.20 |

−312.30

| Date | Description | | Hours |
|------|-------------|---|-------|
| 08/12/14 | Telephone conference with Craig Graff re: employment as financial consultant. | SRC | 0.50 |
| | Telephone conference with Saeed Khan re: employment of financial consultant. | SRC | 0.20 |
| ② | Review and revise motion to employ Rally Capital as financial consultants. | SRC | .50 0.80 -147.00 |
| | Telephone conference with Craig Graff re: affidavit to be employed. | SRC | 0.20 |
| | Telephone conference with Lisa Vandesteeg re: employment of financial consultant. | SRC | 0.20 |
| 08/13/14 | Review and analysis of Rally Capital engagement letter. | SRC | 0.20 |
| ② | Review and revise motion to employ Rally Capital as financial consultants. | SRC | .50 0.70 -98.00 |
| 08/15/14 | Telephone conference with Steve Wolfe re: employment of financial consultant and status of case. | SRC | 0.20 |
| 08/20/14 | Review and analysis of Craig Graff email and telephone conference with Craig Graff re: same. | SRC | 0.20 |
| 08/27/14 | Telephone conference with Craig Graff re: status of review of books and records. | SRC | 0.50 |
| | Review and analysis of historical P&L created by Craig Graff. | SRC | 0.20 |
| 09/15/14 | Review and analysis of Rally Capital Week 3 invoice. | SRC | 0.20 |
| 09/22/14 | Review and analysis of Rally Capital billing for 4th week | SRC | 0.10 |
| 10/06/14 | Telephone conference with Craig Graff re: 4th invoice from Rally. | SRC | 0.10 |
| 10/12/14 | Review and analysis of Rally Capital invoice. | SRC | 0.10 |
| Total: | | | 10.80 |

-245.00

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 06/23/14 | Telephone conference with Scott Frederick @ Crestmark Bank re: DIP financing. | SRC | 0.20 | |
| 07/11/14 | ⑦ Prepared for and participated in conference call re: alternative financing. | SRC | 1.00 | -49.00 |
| | Telephone conference with Saeed Khan re: Crestmark alternative financing. | SRC | 0.20 | |
| | Review and analysis of revised Crestmark credit proposal. | SRC | 0.30 | |
| 07/16/14 | ① Drafting of motion to pay due diligence to Crestmark. | SRC | 1.20 | -234.00 |
| 07/17/14 | Review and revise motion for authority to pay due diligence fee to Crestmark. | SRC | 0.30 | |
| 07/23/14 | ⑦ Prepared for and attended hearing re: motion to set bar date and motion to pay due diligence fee. | SRC | 1.50 | -73.50 |
| | ⑤ Court appearance on Motion For Authority to Pay DIP Lender due diligence fee. | BPW | 0.90 | 265.50 |
| 07/28/14 | Review and revise reply re: motion to pay due diligence. | SRC | 0.50 | |
| 07/29/14 | ⑦ Prepared for and attended hearing re: payment of due diligence fee to Crestmark. | SRC | 1.00 | -49.00 |
| | Email and telephone conference with Saeed Khan re: result of hearing on motion to pay due diligence fees. | SRC | 0.30 | |
| | Telephone conference with Scott Frederick re: Crestmark due diligence payment. | SRC | 0.20 | |
| 08/05/14 | Met with Saeed and Rizwan Khan re: status of chapter 11 case and plan issues. | SRC | 1.50 | |
| 08/15/14 | Telephone conference with Saeed Khan re: plan issues. | SRC | 0.20 | |
| 08/19/14 | Telephone conference with Craig Graff re: need for DIP financing. | SRC | 0.20 | |
| | Telephone conferences with Veni Gramble and Saeed Khan re: DIP financing. | SRC | 0.50 | |
| 08/26/14 | ① Draft, review and revise outline of plan. | SRC | 1.20 | -234.00 |

-905.00

| Date | Description | | Amount |
|---|---|---|---|
| 09/29/14 | Telephone conferences with Saeed Khan re: Crestmark financing. | SRC | 0.30 |
| 09/30/14 | Emails to and from S. Klein and S. Frederick re: Crestmark funding. | SRC | 0.50 |
| | Review and analysis of Crestmark answers. | SRC | 0.20 |
| | Review and analysis of objections to motion to employ accountants and to extend exclusivity. | SRC | 0.30 |
| | ⑦ Prepared for and attended hearing re: motion to extend exclusivity and to hire accountants. | SRC | 1.50 *- 73.50* |
| 10/01/14 | Interoffice conference with Arthur Simon and telephone conference with Saeed Khan re: plan issues. | SRC | 0.50 |
| 10/02/14 | Review and analysis of plan projections and telephone conference with Saeed Khan re: same. | SRC | 0.60 |
| | Telephone conference with Jon Friedland re: filing of a plan and disclosure statement. | SRC | 0.20 |
| | Telephone conference with Craig Graff re: plan issues and Crestmark financing. | SRC | 0.30 |
| | ① Begin draft of plan of reorganization. | SRC | 2.00 *- 390.00* |
| | Email to Jason Torf re: filing of plan. | SRC | 0.20 |
| | Review and revise plan of reorganization. | SRC | 1.50 |
| | Telephone conference with Jason Torf re: bank's decision not to agree to extension of event of default. | SRC | 0.20 |
| | Review and revise plan. | SRC | 0.50 |
| | ① Drafting of disclosure statement. | SRC | 1.80 *- 351.00* |
| 10/03/14 | Draft, review and revise plan and disclosure statement and met with Saeed Khan and Tom Gruenwald re: same. | SRC | 5.30 |
| 10/06/14 | Telephone conference with Craig Graff re: plan and refinancing issues. | SRC | 0.30 |
| 10/08/14 | Telephone conference with Saeed Khan re: plan status. | SRC | 0.20 |
| 10/10/14 | Telephone conference with C. Graff and S. Khan re: plan and conversion issues. | SRC | 0.80 |

*- 814.50*

| | | | | |
|---|---|---|---|---|
| (14) | Telephone conference with C. Graff and S. Khan re: plan and conversions issues. | SRC | 0.80 | *-392.00* |
| 10/12/14 | Review and analysis of emails from Crestmark and Craig Graff re: financing. | SRC | 1.00 | |
| | Telephone conference with Craig Graff re: refinancing and plan issues. | SRC | 0.30 | |
| 10/13/14 | Telephone conference with Saeed Khan re: Crestmark commitment. | SRC | 0.20 | |
| 10/20/14 | Telephone conference with Steve Wolfe re: plan issues. | SRC | 0.20 | |
| | Telephone conference with Greg Jordan re: $5,000 payment to Crestmark. | SRC | 0.20 | |
| 10/21/14 | Telephone conference with Craig Graff re: Crestmark refinancing. | SRC | 0.20 | |
| 10/22/14 | Conference call with C. Graff and S. Khan re: plan and sale issues. | SRC | 0.60 | |
| | Telephone conference with L. Vandesteeg re: plan and sale issues. | SRC | 0.30 | |
| 10/23/14 | Telephone conference with Craig Graff and Saeed Khan re: refinancing issues. | SRC | 0.30 | |

Total:                                                                      37.90

*-392.00*

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 08/06/14 | Telephone conference with Joel Haifetz, creditor re: purchase of business. | SRC | 0.20 | |
| 08/11/14 | Telephone conferences with Saeed Khan and Craig Graff re: employment of Rally Capital. | SRC | 0.30 | |
| | ① Drafting of motion, order and affidavit re: employment of Rally Capital. | SRC | 1.00 | −195.00 |
| 08/13/14 | Conference with Lisa Vandesteeg re: possible sale of assets. | SRC | 0.20 | |
| 08/15/14 | Review and analysis of proposed confidentiality agreement with Committee. | SRC | 0.50 | |
| | Telephone conference with Lisa Vandesteeg re: draft confidentiality agreement. | SRC | 0.20 | |
| 09/05/14 | Telephone conferences with L. Vandesteeg re: potential sale of assets. | SRC | 0.40 | |
| 09/06/14 | Email to L. Vandesteeg re: sale possibility. | SRC | 0.50 | |
| 09/11/14 | Telephone conference with Saeed Khan re: Bid It Up issues (sale, financing). | SRC | 0.20 | |
| | ① Drafting of non-disclosure agreement. | SRC | 1.00 | −195.00 |
| 09/16/14 | Telephone conference with Lisa Vandesteeg re: potential sale. | SRC | 0.20 | |
| 09/19/14 | Emails to and from Dave O'Keefe and Venice Gamble re: status of case | SRC | 0.30 | |
| 09/22/14 | Review and analysis of Livingstone Capital engagement letter | SRC | 0.30 | |
| 09/23/14 | Telephone conference with Joel Haifetz re: potential purchase of assets | SRC | 0.30 | |
| | Telephone conference with Saeed Khan re: potential purchaser | SRC | 0.20 | |
| 09/24/14 | ① Drafting of motion to extend time to file plan. | SRC | 0.30 | −58.50 |
| Total: | | | 6.10 | |

−448.50